

Carlos <cfv1983@gmail.com>

**EXHIBIT 1**

## Thanks for Scheduling your First Day On-Site
1 message

**Recruiting Ops** <noreply-ops-jobs@amazon.com>                    Fri, Oct 19, 2018 at 10:07 PM
To: "cfv1983@gmail.com" <cfv1983@gmail.com>



Hello Carlos,

This email confirms your first day at Amazon! We look forward to seeing you soon.

**Appointment Details**

**Date / Time:**
11/3/18 7:30 PM

**Address:**
DUT1 - 2291 S Commerce Ctr Dr Ste 400
West Valley, UT 84120
United States

**Directions / Instructions:**

**Congratulations!** You're all set and it's time to attend Day 1 at Amazon! Welcome to the team!

This is confirmation that you will be hired as an employee of Amazon (pending a final rehire eligibility check if you have previously worked for Amazon) with the shift you confirmed at your New Hire Event.

**Before arriving to Day 1**

*1. Complete New Hire Documents*

- Look for an email from "MyDocsAdmin" using the email address,\MyDocs-noreply@onbaseonline.com (*Tip: Check your email Spam folder if you do not receive the email*)
- These digital documents are a critical part of your on-boarding process, including setting up how you receive your pay. Please take the time to review all documents and complete this step *prior* to arriving to Day 1.
- **NOTE:** MyDocs will ask you to complete a Form I-9. Since you have already completed this step, you may acknowledge this section without doing the I-9 again by clicking on 'My I-9 is Complete.'

*2. Complete Online New Hire Orientation*

- Look for an email from KNET (KNET-System_do_not_reply@csod.com) with instructions on how to complete your online orientation.
- The online orientation will include information about the Amazon culture, pay and benefits, and time off and attendance policies. You will watch some exciting videos about Amazon and complete training on the Code of Conduct, Workplace Harassment Awareness, and Safety.
- This training is *mandatory* and must be completed *prior to Day 1 or your start date may be delayed*.

**What to expect on Day 1:**

Arrive on time at the work location. A member of the Amazon Learning team will greet you at the entrance and provide you with your Amazon badge. From there, you will receive a tour of the facility and get started training for your new role.

Dress at Amazon is casual; for example, jeans/shorts, t-shirt/polo, sweatshirt/light jacket and comfortable closed toed, rubber-soled shoes. Hair ties will be needed — all long hair must be worn up and above the shoulders.
An Amazon team member will greet you at the entrance with your Amazon badge and expectations for the day.

If you require any accommodations, such as an ASL interpreter for the Amazon New Hire Event, please go to http://www.amazon.com/accommodations and chat with us. Contact us immediately upon scheduling your appointment. We need at least 48 business hours prior to your appointment to guarantee an interpreter.

We look forward to seeing you soon and welcome to the team!

Thank you,
Amazon Staffing Team

Replies to this email are undeliverable. Please do not reply.

Questions? Visit our FAQ page for more information.