

|  | **EXHIBIT** |
|---|---|
|  | **2** |

4/18/2019

Amazon.com Services, Inc.
410 Terry Ave N.
Seattle, WA 98109
Employee Resource Center: (888) 892-7180

Carlos Velasquez
1848 East Ramona Ave
Salt Lake City, UT
84108
USA

Dear Carlos:

On behalf of Amazon.com Services, Inc. (the "Company"), I am very pleased to offer you the Part-time (20-29 hours) position of Sortation Associate. This letter clarifies and confirms the terms of your employment with the Company. You will be working a Part-time (20-29 hours) schedule.

**Start Date and Compensation**

Unless we mutually agree otherwise in writing, you will commence employment on April 21, 2019 ("Start Date"). You will ordinarily be scheduled to work 20 hours per seven-day week. Your salary will be $15.00 per hour, ($15,600.00 annualized based on 1,040 hours per year) and a $1.00 per hour Shift Differential ($1,040.00 annualized based on 1,040 hours per year), payable Weekly (Friday) in accordance with the Company's standard payroll practice and subject to applicable withholding taxes. You will be eligible for overtime pay in accordance with applicable laws.

**Department, Manager and Shift**

Department: 1092 DUT1 USA AMZL Logistics - DS Variable
Manager: Christopher Young
Shift Pattern:

Your shift or schedule may change in the future. Based on business need, Amazon.com Services, Inc. reserves the right to modify shift times or rotate employees between existing shifts at any time in the company's sole discretion. Peak schedule information will be posted when it becomes available.





### Shift Information

Employees who work in Fulfillment Centers are expected to be open to working a variety of shifts. Most buildings, for instance, have night and weekend shifts, and many of our day shifts include one weekend day as part of the regular schedule. We do our best to match shifts with personal preference, but we reserve the right to assign employees to shifts and schedules based on business needs. All employees may be required to work overtime or on holidays, especially during our busy seasons.

### Preemployment Screening

This offer is contingent on the successful completion of a background check and drug test.

### Employment at Will

If you accept our offer of employment, you will be an employee-at-will, meaning that either you or the Company may terminate our relationship at any time for any reason, with or without cause. Any statements to the contrary that may have been made to you, or that may be made to you, by the Company, its agents, or representatives are superseded by this offer letter.

### Confidentiality and Invention Assignment Agreement

As a condition of your employment, you must sign the enclosed Confidentiality and Invention Assignment Agreement (the "Agreement"). Please review the Agreement carefully and, if appropriate, have your attorney review it as well.

### Employment Eligibility

To comply with immigration laws, you must provide the Company with evidence of your identity and eligibility for employment in the United States no later than three (3) business days after your date of hire. If you are in visa status, you also must provide new or renewed evidence of your eligibility for employment immediately prior to or upon expiration of your visa authorization.

### Additional Provisions

If you accept this offer, the terms described in this letter will be the initial terms of your employment, and this letter supersedes any previous discussions or offers. Any additions to or modifications to this offer must be in writing and signed by you and an officer of the Company.

**This offer and all terms of employment stated in this letter will expire ten calendar days from the date of this letter.**

Carlos, we are very excited about the possibility of you joining us. I hope that you will accept this offer and look forward to a productive and mutually beneficial working relationship. Please let me know if I can answer any questions for you about any of the matters outlined in this letter.

Sincerely,





Christopher Young
Manager II, Operations

**ACCEPTANCE**

I accept employment with Amazon.com Services, Inc. under the terms set forth in this letter.

DocuSigned by:

*Carlos Velasquez*

15CE7D5E85524D9...

Signature

4/19/2019

Date

Carlos Velasquez

**EXHIBIT 2**



