

P.O. BOX 81226, SEATTLE, WA, 98108-1226

**EXHIBIT**

**3**

6/25/2021

Carlos Velasquez
1848 Ramona Ave
Salt Lake City, UT 84108
US

Dear Carlos:

On behalf of Amazon.com Services LLC (the "Company"), I am very pleased to offer you an internal transfer to the position of Yard Marshal (Job Level: 3). This letter clarifies and confirms the new terms of your employment with the Company. Except as specifically stated below, all of your current terms and conditions of employment remain unchanged.

**Start Date and Compensation**

Unless we mutually agree otherwise in writing, you will commence employment in your new position with the Company on July 4, 2021 ("Start Date") reporting to Paul Kondrat. Your salary will be $18.70 per hour, ($38,896.00 annualized based on 2,080 hours per year) and a $0.50 per hour Shift Differential ($1,040.00 annualized based on 2,080 hours per year), payable in accordance with the Company's standard payroll practice and subject to applicable withholding taxes.

**Department, Manager and Shift**

Department: 1092 - AMZL Logistics - DS Variable
Manager: Paul Kondrat
Shift Pattern: 0100 - US FC Wed-Sat 10 hr 0100

Your shift or schedule may change in the future. Based on business need, Amazon.com Services LLC reserves the right to modify shift times or rotate employees between existing shifts at any time in the company's sole discretion. Peak schedule information will be posted when it becomes available.

**Shift Information**

Employees who work in Fulfillment Centers are expected to be open to working a variety of shifts. Most buildings, for instance, have night and weekend shifts, and many of our day shifts include one weekend day as part of the regular schedule. We do our best to match shifts with personal preference, but we reserve the right to assign employees to shifts and schedules based

on business needs. All employees may be required to work overtime or on holidays, especially during our busy seasons.

## Medical, Vacation, and Other Benefits

Consistent with the policies and practice of the Company, you will participate in and receive benefits under the local employee benefits plan to the extent generally applicable to other employees of your level. Depending on local employment law, any accrued vacation and personal time may be paid out by your current company prior to your transfer. Once you relocate, the amount of time off available for you will also be dependent on the local policies and practice of the Company. Your pre-transfer hire date will be used for determining your rate of benefit accrual if based on tenure.

For additional Benefit information, please review the Benefits information on the Inside Amazon site for your new Company and Country.

## Employment at Will

Nothing in this offer of internal transfer alters your employee-at-will status.

## Confidentiality and Invention Assignment Agreement

As a condition of your transfer to this new position, you may be required to sign a new Confidentiality and Invention Assignment Agreement (the "Agreement"). When a new Confidentiality and Invention Assignment Agreement is not required, you continue to be bound by the Confidentiality and Invention Assignment Agreement you signed when you were hired by the company.

If you need a copy of this Agreement, please contact the Employee Resource Center(ERC).

## Next Step

**To accept your offer, please select the 'acknowledge' button. Please know that by selecting this button you are officially accepting your offer. If you have any follow up questions to the offer letter please reach out to the hiring manager.**

**This offer and all terms of employment stated in this letter will expire ten calendar days from the date of this letter.**

Both Paul Kondrat and your Internal Transfer Team are very excited about the possibility of you accepting this offer and look forward to a productive and mutually beneficial working relationship. Please let us know if we can answer any questions for you about any of the matters outlined in this letter.

Sincerely,


Internal Transfer Team
on behalf of
Paul Kondrat

# SR MGR, Operations Pathways

2021-06-25-16-31-42968b05-8999-40ce-bd27-dcf36c8ca5cd