

EXHIBIT
4

Carlos Velasquez
1848 East Ramona Ave
Salt Lake City, UT 84108

Dear Carlos (EEID: 103957754):

This letter confirms that the date of voluntary termination of your employment with Amazon.com Services LLC is July 24, 2023.

You have executed a Confidentiality and Invention Assignment Agreement with the Company.  You are reminded that certain provisions of the agreement survive the termination of your employment with the Company and remain in full force and effect. Your agreement is available for review in the MyDocs portal for 90 calendar days after the end of your employment.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources



