Refused to sign by associate on June 22, 2022, 12:07:45 PM - Delivered by Bridges,Devlen (devlen)

<div style="border:1px solid">

**EXHIBIT**

**6**

</div>

## Supportive Feedback Document
## Behavioral - Documented Coaching



**Associate Name:** Velasquez,Carlos (velaca)
**Manager Name:** Bridges,Devlen (NA5-0120)
**Created On:** June 22, 2022, 12:07:45 PM



## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
| --- | --- | --- |

## Details of Current Incident/Specific Concerns

Throughout the dated observations below you made inappropriate/unprofessional comments and/or behaviors here at work. Please reference below: On the week of 5/29 - AAs reported during our safety round tables that they felt unsupported while working in areas where packages would over flow and create a safety hazard. Specifically they said they requested your help and instead of helping addressing their need, that you walked away. On 5/31/22 AM received feedback from AAs at the dock that you were "barking orders" to the AAs. AAs felt that your direction towards them was unprofessional by tone of voice. On 6/8/22, AM received feedback from an AA that their back was hurting from a previous work injury and you proceeded to say "you look fine to me" then left them in path rather than addressing the safety concern. On 6/9/22, AA reported a statement noting that your tone to AAs was one that was perceived as "talking down to people" and came off as disrespectful.

## Areas of Improvement Required by Associate

In an effort to maintain a professional workplace for all associates, Amazon.com prohibits the repeated use of foul/inappropriate language, spreading malicious gossip or rumors about co-workers, and statements containing stereotypes about race, gender, age, religion, etc. that can make co-workers feel uncomfortable. You must be respectful and professional in all your communications, whether verbal, electronic (email) or other written. As detailed above, you have failed to meet this expectation. Failure to meet this expectation in the future may result in further discipline, up to and including termination of employment.

## Associate Comments

AA wasn't sure if he wanted to "acknowledge" or "refuse to sign." Will follow up with HR.

**Associate Signature:** Velasquez,Carlos REFUSED TO SIGN          **Date:** June 22, 2022, 12:07:45 PM

**Manager Signature:** Acknowledged by Bridges,Devlen (BadgeID: 14193378)          **Date:** June 22, 2022, 12:07:45 PM