**EXHIBIT 7**

Acknowledged by associate on June 29, 2022, 5:14:42 AM - Delivered by Bridges,Devlen (devlen)

**Supportive Feedback Document**
**Behavioral - Documented Coaching**





**Associate Name:** Velasquez,Carlos (velaca)
**Manager Name:** Bridges,Devlen (NA5-0120)
**Created On:** June 29, 2022, 5:14:42 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 1 | June 20, 2022, 2:20:02 PM |

## Details of Current Incident/Specific Concerns

DETAILS OF CURRENT INCIDENT/SPECIFIC CONDITIONS On 06/13/2022, 06/22/2022, 06/27/2022, you failed to follow appropriate standard work practices. Specifically, you failed to utilize the ATLAS Dynamic tracker to ensure AA's are trained in a specific path before coding them to that path. A seek to understand conversation took place with you on all three dates listed above to which you stated you knew you were supposed to use the tracker but did not use it. You stated the AA told you they were good to go but failed to verify.

## Areas of Improvement Required by Associate

AREAS OF IMPROVEMENT REQUIRED BY ASSOCIATE As detailed above, you have failed to meet Amazon's Standards of Conduct and behavioral expectations. Amazon expects associates to adhere to standard operating procedures with regards to processing orders in each function within the delivery station. Failure to adhere to standard work guidelines includes, but is not limited to, any action that artificially inflates an individual's rate (i.e. double-scanning, machine-gunning), dishonest behavior or discriminatory work selection that directly or indirectly hinders others' performance (i.e. cherry picking), knowingly causing a virtual/physical mismatch, or circumventing critical steps in a process/PMV. Failure to meet these expectations and/or future violations of these guidelines may result in additional discipline, up to and including termination.

## Associate Comments

**Associate Signature:** Acknowledged by Velasquez,Carlos (BadgeID: 11759273)          **Date:** June 29, 2022, 5:14:42 AM

**Manager Signature:** Acknowledged by Bridges,Devlen (BadgeID: 14193378)          **Date:** June 29, 2022, 5:14:42 AM