

# CARLOS VELASQUEZ

*We Administrate Streamlined Fulfillment*

velaca@amazon.com

Process Assistant/AMZL-DUT7-L3

**EXHIBIT 9**

I am familiar with Amazon's core of *customer obsession;* at Customer-Facing stores, in Learning, in Operations this works by getting everyone *Set Up For Success* and creating the opportunity to *Earn Trust* in light of Standard Operating Procedures!

I am on a constructive and advanced path into Management and Operations, with an ULTIMATE GOAL of operating my own business at an efficient industrial scale.

I have a clear path through finalizing a professional business degree from an accredited University, and a clear financial vector in view to make it happen! What I want is more experience managing people, and resources.

I have clear communication skills, and am excited to work in a NEW part of our company.

### AMAZON EXPERIENCE

| | |
|---|---|
| Amazon Yard Marshal L3 2021 | DUT7 Launch 2022 (L3) |
| Amazon Associate L1 2018-2021 (DUT1) | Hire Date: 10/31/2018 @ DUT1<br>Blue Badge: 4/2019 |
| Amazon Ambassador 2020-2021 (DUT1) | DUT3 Launch (2019) |

### EDUCATION

High School Diploma – Rowland Hall St. Mark's (Headmaster's List/99% SAT Verbal)

Some College – St. John's College (NM); Salt Lake Community College (Salt Lake City)(undegreed)

I understand persons of Diversity, and will always look for a new perspective on any role, and on any problem. I think the best solution to solving problems is through patience, so I respect a *Learn and Be Curious* approach to any role or position of responsibility.

I understand critical readers, and can bring a dynamic, educated perspective to logistics questions and presentations. I have strong, well-rounded, multi-disciplinary background, with deep insights into Mathematics, Philosophy, History, Politics, and Literature.

## CURRENT AMAZON EXPERIENCE

I understand Operations and Distribution level procedures, in the little Yard Marshal team at DUT7, there was needed more management oversight. I was able to fill into the role independently and improve our site process at launch with careful cooperation and management communication from the Sortation Center!

Presently, I am operating in the **Process Assistant** role at the DUT7 distribution facility and am empowered to help and instruct All operations levels to meet regular and critical goals by managing Amazonian skillsets, limited planning and organizing, and presenting myself constructively in a high-communicating attitude.

New Hire Trainer/Ambassador from March 2020 through July 2021 at Amazon DUT1 (delivery station).

## PROVEN SUCCESSES

### PROVEN MANAGEMENT SUCCESS

Top Regional Performers in 2022

Link:

Repair of Incompatible Delivery Times, SLC9 -> DUT7

Link:
https://issues.amazon.com/issues/ATS-64840

Clarification of Unified Reverse Logistics deployment for SLC9

Link: https://issues.amazon.com/ATS-66507

### PRIOR SUCCESS

Ambassador/STOW-MASTER – HAZ-MAT CERTIFIED

I Piloted DUT1 Campus Ship Program Holiday 2020

20K+ Inducting/Unloading (Multicycle)

Personal Stow Rate Record: 666+/2k-4k Nightly (2020 All-DUT Stow Contest

## OTHER EXPERIENCE

I have extensive and instructible computer literacy, am familiar with Microsoft Access, Excel, and Word, and am also familiar with Adobe products for Office solutions.

I have customer service experience in extremely Popular Restaurants; *Opening* two distinctive restaurant chains in Salt Lake City, UT. I have also worked in Five Star Gastronomy Bar.

s/Carlos Velasquez, 10/25/22