Acknowledged by associate on December 18, 2022, 9:44:48 AM - Delivered by Wayman,Margarita (mwwayma)

**Supportive Feedback Document**
**Behavioral - First Written**



**EXHIBIT**
**11**



**Associate Name:** Velasquez,Carlos (velaca)
**Manager Name:** Wayman,Margarita (NA5-0120)
**Created On:** December 18, 2022, 9:44:48 AM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 2 | June 28, 2022, 6:10:19 AM |

## Details of Current Incident/Specific Concerns

On 11/11/22, you were reported to have violated the Code of Business Conducts and Ethics by telling someone that they should take items from the breakroom cantina. On 11/23/22 a seek to understand conversation took place with you to which you stated that you had made a joke to another AA telling them to take items from the cantina without paying. During the course of the investigation, it was found that this comment is considered a violation of the Code of Business Conducts and Ethic "Unauthorized use, misuse, or abuse of equipment, products, material, or property belonging to other associates, belonging to the company, or in the company's custody".

## Areas of Improvement Required by Associate

As detailed above, you have failed to meet Amazon's Standards of Conduct and behavioral expectations. At this time, based on your violation of Amazon's Standards of Conduct and behavioral expectations, you are receiving a first written warning.

## Associate Comments

This was an instance of candor, maybe slightly off-color, or perhaps perceived as Not Funny. I have not ever advocated for theft from the breakroom store in any manner to any reasonable person.

**Associate Signature:** Acknowledged by Velasquez,Carlos (BadgeID: 11759273)        **Date:** December 18, 2022, 9:44:48 AM

**Manager Signature:** Acknowledged by Wayman,Margarita (BadgeID: 0234840)        **Date:** December 18, 2022, 9:44:48 AM