

Carlos <cfv1983@gmail.com>

<table>
<tr><td>EXHIBIT</td></tr>
<tr><td>12</td></tr>
</table>

## (no subject)
1 message

**Carlos** <cfv1983@gmail.com>                                    Thu, Dec 22, 2022 at 12:28 PM
To: "Velasquez, Carlos" <velaca@amazon.com>

Message also forwarded through Amazon internal to keralger@amazon.com

In Reply to Kerri Alger,

Thank you for listening to the complaint and raising attention to the questions I presented.
We met on or about 12/15/22.

For my part, I have a definite conviction that when I find a false or misleading representation of my conduct, and find the individuals around me fail to support me in raising critical questions, as was the nature of the complaint I presented reg. an Adapt which claimed I had dispariaged individual associate needs which were totally of critical importance.

In my report to the organization, I wrote how the Area Manager (devlen) had falsified statements of his own neglect and used them against me, retributively.

I have several follow-up questions about the depth of our investigation.

1. Please link or provide for me a whole statement or brief of the ADAPT process. I have undergone not very much training on this subject, and I do not really understand the coaching process. In these instances nature of the document has been left critically vague and I have a lot of difficulty recognizing the discussions with any consistency as they do not often define my conduct directly but are precipitated on a different narrative.

2. Did you interview any of those individuals who submitted related complaints?

3. What about the value of a false representation of incidence rel.? In the complaint I presented I stated that I attempted to raise a question of false representation in the document. The L4 manager had presented a problem he himself engendered as against me, based apparently on the associate involved having perceived that I was somehow at fault.

4. When interviewed, you explained to me the ADAPT process is not ever reviewed for hiring considerations; that seems like an assumption – given these ADAPT forms are a permanent record; will I have sole confidence to those documents or is any high-level manager able to review that documentation?

5. Was the time taken from incidence to report more or less critical to how we found this matter resolved?

Reiterating from the Ethics Complaint, I felt the ADAPT put words into my mouth at the deliberate expense of the truth. I felt the Ops Manager overseeing the ADAPT delivery totally and deliberately failed to represent the highest standard of clarity and respect for the

subject matter.


We also discussed how the Ops Manager's behavior had been witnessed previously. May I assume this previous incidence was not investigated?

Please update this account as well. Thank you.


Sincerely, Carlos Velasquez
velaca@amazon.com
AMZL-DUT7-PA