

**ISSUE TYPE: UNFAIR EMPLOYMENT PRACTICES**

Questions and Comments

Add Follow-Up Notes

Upload Files

Report Details

Print My Report

```
┌─────────────────┐
│   EXHIBIT       │
│      13         │
└─────────────────┘
```

**REPORT DETAILS**

**Report Submission Date**
1/20/2023

**Reported Company/Branch Information**
Location 989 W Center St, North Salt Lake, UT 84054
City/State/Zip: North Salt Lake, UT, 84054, United States )

**Amazon Site Code**
DUT7

**Please identify the person(s) engaged in this behavior:**
adrian caldera - L6
shanese walters - L3
HUMAN RESOURCES

**Do you suspect or know that a supervisor or management is involved?**
Yes

**If yes, then who?**
adrian caldera - adcald

**Is management aware of this problem?**
Do Not Know / Do Not Wish To Disclose

**What is the general nature of this matter?**
Social - Engineering, statements negatively characterizing an individual performance intended to manipulate management decisions

individual role selection issue

**Where did this incident or violation occur?**
DUT7 - EG CLUSTER SPUT - LABOR STAFFING BOARD/GATEKEEP

**Please provide the specific or approximate time this incident occurred:**
910AM - 1/11/23

**How long do you think this problem has been going on?**
Don't know

**How did you become aware of this violation?**
Other

**If other, how?**
It happened to me, I observed it - the action against another individual was used against me

**Please identify any persons who have attempted to conceal this problem and the steps they took to conceal it:**
adcald - ignored it, altered immediate work standards unnecessarily to exaggerate impact (retributive)

**Details**
UNFAIR PRACTICES

@

SOCIAL ENGINEERING
and partial RETRIBUTIVE HARASSMENT

1/11/23

Process Assistant: washanes
L4: mwwayma
L6: adcald

CONTEXT
End of Sort to Pick and Stage transition, characterized by Stow Down, new Labor Tracking, reduction in Headcount, and Pick and Stage timing.

The L4 Sort Manager concludes Sortation with a Handoff to the Pick and Stage Manager; adcald L6 was acting Pick and Stage Manager.

Delivery Stations have an unofficial LABOR ROLE sometimes in use when the On The Road team has "unassigned" routes

which require direct work on an ad hoc basis, unassigned routes (routes not assigned a staging location) sometimes have unexpected staging locations, or early departures - otherwise the practice is standard based on an assigned pick list which assigns an individual a full and complete route consisting of two or more picklists.

Our Process in this respect usually maintains a very fast work pace for this role, but it is also treated as a "voluntary" role. (mwwayma)

WHAT:
The Process Assistant returned from GEMBA while I was operating in GATEKEEP, and immediately noticed an associate operating to Pick and Stage "Full Routes" whom she did not favor for the process. We discussed the issue and I was overruled by the manager on the subject. The sole reasoning presented by the PA was how she believed the individual was attempting to harm herself to find her way onto a new accomodation.

I was incredulous at the expression by the PA, out of consideration that we were very far ahead in timeliness to complete the process. Given also how operating "full routes" is open-ended with confidence to the time available to pick a route, my application was not addressed.

adcald interjected over this, stated his expectation over the timeframe for utilization, did not address the statement by the PA and then expressed how he favored the PA for the GATEKEEP role over my efforts on it.

Next, he adjusted our immediate PICK RATE standard from 375 to 400 to favor a discussion escalating my decisional role - simultaneously accusing me of understaffing us. He looked squarely at the other PA doing this, in a show of direct confidence thereto.

The PA did not think twice about accepting and enforcing an arbitrary change in production standards while we were projected to be ahead by more than 40 minutes. (SOP at Pick and Stage requires a 30 Minute buffer, and our standard practice regarding individual VTO issues is based in anticipated time to completion).

Both abused their roles in capacity to express unqualified disfavor, more or less to allow themselves at an advantage over other individuals in their work flow.

INCIDENCE NARRATIVE
washanes expressed an process objection to an individual labor assignment asserted, against the wisdom of this PA, " [davciars] is trying to hurt herself to get back on to her accomodation."

I responded, "Really?"

[washanes] Replied in the Affirmative, claiming witness over [davciars] intentionally lifting heavy shipments.

OTHER GENERAL SUBJECT MATTER
[davciars] I have been advised by her directly no longer maintains standard work accomodation, and was advertent this week in desire to build strength over the core process, incl. Pick and Stage which she has not operated on for quite some time.

Typically, [davciars] has operated on Dispatch role or Sweeper role. The implication is that either of those roles are more characteristic or preferable to the Associate.

I was not allowed to explain my reasoning; the L6 took control over the conversation on alternative point where we recognized we would not have an opportunity to train a different associate for the Dispatch role due to our Learning Coordinator being on a vacation.

We discontinued the dialogue at that point; however the process remained prejudiced on the [washanes] declaration of the [davciars] bad intent.

The next element of the discourse involved a criticism over the current Headcount, why we had elected to offer VTO to as many 4 associates, and whether there was or was not sufficient headcount to complete the Pick and Stage process. The [mwwayma] had made an allotment based on the numbers visible on the board.

The L6 compounded the prejudice of what I recognize is a defamatory statement by (A) adjusting the standard Pick Rate from 375 to 400 which prejudiced the more immediate decision of the VTO process against the current process I had executed already. That latter object was not necessary because we had an advantage in terms of TIME and HEADCOUNT, instead the [adcald] was engaged in a process improperly amending the Pick Plan to accommodate his posture to favor [washanes].

There was no reason to amend the Pick plan.

adcald used a defamatory statement made by another individual whom he should otherwise favor with relevant Standard Work to leverage a misrepresentation of the demands of the process, and created a reason not only to dismiss the plausible needs of the [davciars] who role was relevant, but also to ensure that I would not be allowed to conduct the Gatekeeper role.

The adcald expressed this as a Business Need implicit, on terms to compare retributive ethics of a Communication failure either between he and the mwwayma, to favor some communication between he and the [washanes].

MY REASONING
Given there was an extensive lead on the time available to pick certain routes, I agreed at davciars request to allow her that process out of consideration for the level of uncertainty she expressed more or less on a limited basis.

The Question is primarily about Bias for Action, self-reliance, completing a whole process, and taking new confidence. Similar to processes veterinizing individuals, nesting individuals, and coaching individuals, I found we had the time and the process

showed it.

I was not allowed to explain. Adcald did not allow me to explain, and took that success directly from me and awarded it to someone else.

[mwwayma] has previously advised the "Full Routes Squad" category, an unofficial rule, was at least by Volunteer.

Essentially I was attempting to allow the Associate a limited advantage against her previous accomodated status, while we had plenty of time to complete staging.

The [L6] attack on my adjusted Headcount neither correctly identified the then-relevant status, nor informed other issues. Instead, the interjection served to interrupt the direct discussion, to actively divert and/or misdirect it, failed to disposition what was being discussed, and ended in a declaration of his favor to the [PA] stating his preference for her standing in the Gatekeeper role.

The adjustment expressed an indefinite disciplinary standard in a manner intended to attack my credibility; the [L6] has a low-level strategy for personal attacks wherein he adjusts his ethical posture from retributive to accomodative, his behavior in essence mirrors the behavioral and procedural ethics of the individual attempting to render a limited exception to aid individual growth while the outcome of the Standard Process is not in peril.

Just to clarify the above paragraph, the L6 basically imitates the ethical posture of the individual, condescending in error or even malice, and then renders a repeatable disfavor to the individual PA who makes a leap in good faith. It is actually predatory, zero-tolerance, zero-respect, and not justified on an actual principal than speculated.

In many circumstances, a serious individual associate will not tolerate abuse on that scale, to compare caprice compounded on management error.

OTHER COMMENTS

1.
[PA] is very vocal and sometimes aggressively motivated over procedural questions; I think she is going through critical personal growth and change, and is finding narrative conflicts about general terms such as "team," "management team," and is very vocal about becoming a "manager."

2.
[L6] does tend to aggressively favor the [PA], and while I respect zealousness in the Management Team's interest to cultivate an individual when the opportunity is tangible, [L6] has a tendency to also have avoided communicate direct versus indirect standards, and risks damage the process, and with it individual confidence.

The L6 may be in some way posturing or advantaging direct attempt to discredit my approach to our shared process.

Earn Trust respects that criticism over a non-standard practice, or an exception thereto, is a process question - and is not a strict vanguard against individual Credibility: Attack the Process is the most efficient Amazon maxim in this respect, because the tone and rectitude of informative criticism does not seek to destroy individual confidence or credibility.

There is no clear Seek To Understand dialogue taking place here, and again the Management Team is not remit to criticism.

WITNESSES
leftnaht - Learning Ambassador present at Debrief
mwwayma - Area Manager at Hand-Off

**Follow-Up Notes**
There are no additional notes for this report.

**Follow-Up Questions/Comments**
There are no questions asked or comments from the organization.

**Chat Transcripts**
There are no chat transcripts for this incident.

 

Privacy Statement | Terms of Use | Cookie Statement | About
© NAVEX Global 2023. All rights reserved.