

**EXHIBIT 14**

Carlos <cfv1983@gmail.com>

## Investigation Update
1 message

**Leme, Celestia** <brownice@amazon.com>                              Thu, Feb 16, 2023 at 10:13 AM
To: "cfv1983@gmail.com" <cfv1983@gmail.com>

Hello Carlos,

On 1/26/23 you raised concerns about a situation you experienced on site. Amazon takes concerns of this nature very seriously and has a process in place to investigate. My role in this process was to be a fair and objective fact finder and to conduct and complete a thorough investigation. As part of this process, I spoke with relevant parties and reviewed relevant documentation.

I completed a thorough investigation. We now consider this investigation to be closed. No further action is needed from you.

As a reminder, Amazon has a policy prohibiting retaliation against anyone who has raised a complaint or who has participated in an investigation. Amazon expects that anyone who participates in an investigation will not engage in any retaliatory behavior – this applies to and has been discussed with all the parties in the investigation.

Thank you again for your cooperation.

*Celestia Browning*

*HRBP* / brownice@amazon.com

