

Questions and Comments

Add Follow-Up Notes

Upload Files

Report Details

Print My Report

ISSUE TYPE: FRAUD OR EMBEZZLEMENT

**EXHIBIT 15**

## REPORT DETAILS

**Report Submission Date**
2/25/2023

**Reported Company/Branch Information**
Location 989 West Center St
City/State/Zip: North Salt Lake, UT, 84054, United States )

**Amazon Site Code**
DUT7

**Please identify the person(s) engaged in this behavior:**
kerry alger - human resources
HUMAN RESOURCES

**Do you suspect or know that a supervisor or management is involved?**
Yes

**If yes, then who?**
kerry alger is a regional human resourcs manager

**Is management aware of this problem?**
No

**What is the general nature of this matter?**
A question of Negligence or Willful Misconduct, failing to respond and escalate a complaint question left unanswered.

All of keralgr's statements indicated Amazon had difficulty even recognizing the question I presented, which left these questions undefined and our discussion unsatisfactory.

**Where did this incident or violation occur?**
DUT7 - across several HR discussions (unrecorded) and several documents which I am not privvy to.

**Please provide the specific or approximate time this incident occurred:**
The issued generated after the middle of january, when I contacted keralgr requesting further review after keralgr had suggested I do so if I had more questions.

**How long do you think this problem has been going on?**
More than a year

**How did you become aware of this violation?**
It happened to me

**Please identify any persons who have attempted to conceal this problem and the steps they took to conceal it:**
keralgr (allegation)

**Details**
COMPLAINT FOR FURTHER INVESTIGATION
RELATED TO COMPLAINTS 256636404601 (EthicsPoint), 624709432501 (EthicsPoint)

Complaint against keralgr for having left investigation INCOMPLETE.

BASIS
SOCIAL ENGINEERING – a direct attempt to mislead the company/organization about an individual in order to manipulate that individual or manipulate the company culture.

In the two related complaints, these are facsimile complaints, I complained about a Level 6 manager who I described as repeatedly managing and coercing false statements about me.

I have presented on our site, DUT7, at least two of these instances which I think may indicate a deep and extended effort to harm me in order to manipulate and otherwise control certain other elements on site at least since November of 2022.

My present concern is on how the Human Resources team onsite at DUT7 did not fully investigate the questions I presented when reaching its conclusions; meaning I question the motive for concluding the investigation.

Specifically, keralgr may be engaged in COLLUSION to have conducted or maintain elements of SOCIAL ENGINEERING for the following reasons.

(1) I asked critical questions about the origin of content contained in one written ADAPT form, incl. a question of FRAUD in the manager's transaction which keralgr failed to restate.

(2) Keralgr failed to recognize the question; when we met face to face on-site on 1/6/2023 she asked me this specifically, what I had intended by use of the word of the "fraud" wherein I related a usage of a Federal criminal statute for guidance

(3) Keralgr failed to clarify standards and practices regarding the ADAPT process, meaning she left this complaint and process vulnerable to further ambiguity after our meeting.

(4) Keralgr may be biased to disfavor the complaint for a perceived lack of diligence on my part, rather than have reviewed it more completely.

In this instance, the term I should clarify, I have accused an L6 manager of enforcing the falsification of behavioral records about me by refusing to listen, and by conspiring with other managers in open hostility to my complaint of misrepresentation of the disciplinary question at hand, and the disciplinary process in general.

The L6 has critically denied access to ethical standards in order to affirm an unethical policy favoring management authority; my general fear is there is a tacit campaign of CHARACTER DEFAMATION ("ASSASSINATION") maintained at DUT7 which is uncharacteristic to any associate.

I asked via email if Keralgr would not, as she verbally offered in our meeting, escalate review of the complaint.

I also amended the original standing complaint to question the individual who was claimed subjected to mistreatment if could recall the steps I took conscientiously, as whether it was plausible an L4 Area Manager (No longer with AMAZON) may have blamed me for his own fault in responding to my requests for his presence on the stow floor.

Keralgr has not responded, and may not have seen my email, and either way did not recognize the structure of the question I presented in a manner to maintain the confidence of the complaint.

GENERAL STATEMENT
I have proceeded these complaints this way in part because I think coercion of false standards is, in a single instance, a completely terminable misconduct, it is a gross misconduct which harms an individual out of criminal contempt for his or her standing in the company.

It is fraud which seeks out ulterior security by undermining the daily and regular efforts of the individual on a basis to compare a preference for FAVORITISM, so that the fraudster expresses FRAUD simultaneously with disinterest in actions of illicit prejudice while perhaps appropriately FAVORING others.

An Operations Manager really cannot ever ethically maintain false standards of interest in the issues of his subordinate managers, the result is that Area Managers become contaminated with the secret history of transgression against subordinates.

This complaint is therefore to move reinvestigation of this matter on a basis demanding a more complex Seek To Understand dialogue, and may involve contacting at least one associate who may have transfered or resigned from the DUT7 jurisdiction.

My understanding is that keralgr will not oversee further review of this question which I develop over time primarily to allow the simplicity of any single investigation to take breadth before generating a comprehensive complaint.
2/25/2023
s/Carlos Velasquez

NOTE: I will be updating this complaint with related documentation in the coming days.

**Uploaded Files**
1. EthicsPoint.pdf
   First Related Complaint
   256636404601

   Fraud in Social Engineering - Making false representations about an associate, and refusing to hear how representation of an issue was false - against two managers

   The present complaint relates to how HR did not recognize a question of misrepresentation maintained coercion conducted by a L6 associate in a context free from oversight.

2. EthicsPoint2.pdf
   Second Facsimile Ethics Complaint
   624709432501

   Fraud in Social Engineering, the same complaint of a failure to hear and resolve a question of misrepresentation of issues conducted by an L6 in a context without supervision.

   The second was complaint was opened after the first complaint was thought lost.

3. RE_ HR Investigation .pdf
   Email Communications Referred to from the complaint
   Dates: 1/31/23

**Follow-Up Notes**
2/27/2023 10:20 PM

UPDATED: 2/27/23

**Follow-Up Questions/Comments**
There are no questions asked or comments from the organization.

**Chat Transcripts**
There are no chat transcripts for this incident.

 

Privacy Statement | Terms of Use | Cookie Statement
© NAVEX Global 2023. All rights reserved.