7/12/25, 3:28 PM  Gmail - Amazon Confidential: Urgent – Appeal Available for Next 7 Days



**EXHIBIT 16**

Carlos <cfv1983@gmail.com>

## Amazon Confidential: Urgent – Appeal Available for Next 7 Days
1 message

**OpsHR Panorama** <opshrpanorama@caseservices.panorama.hr.a2z.com>   Wed, Mar 1, 2023 at 5:52 PM
To: "cfv1983@gmail.com" <cfv1983@gmail.com>

Hello Carlos

Our records indicate you received corrective action. For a few particular AMZL sites, Amazon provides the ability to appeal employment terminations and final warnings if an associate believes we failed to apply policy properly and/or consistently. Employment terminations stemming from violation of Amazon's Workplace Violence, Drug and Alcohol abuse policy or actions stemming from findings of harassment, retaliatory or discriminatory behavior are not eligible for appeal. Your corrective action may fall within Amazon Appeals eligibility for appeal. If you would like to appeal the corrective action, you may click on this link https://app.smartsheet.com/b/form/00343c4349894a94a797057ca397aa1b to start the appeals process.

You have seven (7) days from the date of this e-mail to appeal the corrective action delivered. Failure to submit the form within 7 days of this e-mail will end the ability to appeal the corrective action. If you have any problems in completing, or any further questions related to your corrective action, please contact hrc-appeals@amazon.com

Kind regards,

Amazon Associate Appeals

103957754

ref:_00D36b5qS._5001Q1Wkimr:ref

Case 2:25-cv-00674-DAK-CMR   Document 5-14   Filed 08/12/25   PageID.205   Page 3 of 3