

**EXHIBIT 18**

Carlos <cfv1983@gmail.com>

### Case 20230303-629980: Acknowledgement of Receipt of Complaint [ ref:_00D3t2mKvO._5003t1g95Nc:ref ]
2 messages

**Exact HR** <hr@exact.hr.amazon.dev>    Fri, Mar 3, 2023 at 7:14 AM
To: "cfv1983@gmail.com" <cfv1983@gmail.com>

## 20230303-629980

Dear Carlos,

We have received the concerns that you raised. We have a process in place to carefully review all concerns raised to our attention. Part of this process may include having someone contact you personally to gather additional information, if necessary.

Again, thank you for taking the time to contact us.

Thank you,
CI



ref:_00D3t2mKvO._5003t1g95Nc:ref

---

**Carlos** <cfv1983@gmail.com>    Fri, Mar 3, 2023 at 8:21 AM
To: Exact HR <hr@exact.hr.amazon.dev>

Greetings @ CI,

Thanks for the notice.
I will wait for any reply.

-CV

[Quoted text hidden]

Case 2:25-cv-00674-DAK-CMR   Document 5-16   Filed 08/12/25   PageID.234   Page 2 of 3

Case 2:25-cv-00674-DAK-CMR   Document 5-16   Filed 08/12/25   PageID.235   Page 3 of 3