

**EXHIBIT 19**

Carlos <cfv1983@gmail.com>

---

### Meet to Speak [ ref:_00D3t2mKvO._5003t1g95Nc:ref ]

**Exact HR** <hr@exact.hr.amazon.dev>  　　　　　　　　　　　　　　　　　Fri, Mar 3, 2023 at 8:30 AM
To: "cfv1983@gmail.com" <cfv1983@gmail.com>

3/3/2023

Dear Carlos,

My name Is Jerry Yeung, HR Investigator from Amazon. I am currently looking into the confidential concern that was raised to our attention.

I would like to speak with you to discuss further on Tuesday, 3/7/2023 **at** 2:00 pm (MST).

If this time does not work for you, please feel free to suggest an alternate date and time.

If this time work for you, please reply to all to this email for your confirmation. Once a date and time are confirmed, I will call you at 801-671-0361 unless you provide another number you prefer me to contact you on.

I look forward to speaking with you.

Jerry Yeung
Amazon HR Investigator

ref:_00D3t2mKvO._5003t1g95Nc:ref