8/20/23, 11:52 AM — Gmail - Individual Misrepresentation (Fraud)/Incomplete Investigation

# Gmail

Carlos <cfv1983@gmail.com>

**EXHIBIT 20**

## Individual Misrepresentation (Fraud)/Incomplete Investigation
1 message

**Carlos** <cfv1983@gmail.com>   Tue, Mar 7, 2023 at 2:23 PM
To: jerryeun@amazon.com

This was originally a Character Assn. Compl.
In which Kerri Alger failed to recognize questions of fraud, and did not reply to a request (for any unknown reason) for further escalation, though she did offer it.

-CV

---

3 attachments


EthicsPoint2 - orig. compl..pdf
98K


Gmail - (no subject) - keri algr.pdf
102K


EthicsPoint4-general report.pdf
106K