**EXHIBIT 21**

Gmail                                                                                           Carlos <cfv1983@gmail.com>

**Case 20230304-630632: Closure Notification [ ref:_00D3t2mKvO._5003t1g96p1:ref ]**
1 message

**Exact HR** <hr@exact.hr.amazon.dev>                                          Fri, Mar 10, 2023 at 10:58 AM
To: "cfv1983@gmail.com" <cfv1983@gmail.com>

3/10/2023

Dear Carlos,

On 3/3/2023 you made Amazon aware of your intention to file an appeal of your employment Final Written Warning through the Amazon Appeals Process. Your appeal was heard on 3/10/2023.

You attended the appeal meeting and had the opportunity to explain why you disagreed with the decision of a Final Written Warning. Thank you for giving us the opportunity to hear your concerns, which were considered along with other available information.

The decision on your appeal is that the policy was not applied properly or consistently in your situation and, as such, your appeal has been granted. Your local HR team will be in contact with you for the next steps in the process.

Best regards,
Appeals Team


ref:_00D3t2mKvO._5003t1g96p1:ref