Acknowledged by associate on March 15, 2023, 12:36:00 PM - Delivered by Leme,Celestia (brownice)



**Supportive Feedback Document**
**Behavioral - First Written**

**EXHIBIT 22**



**Associate Name:** Velasquez,Carlos (velaca)
**Manager Name:** Wayman,Margarita (NA5-0120)
**Created On:** March 15, 2023, 12:36:00 PM

## Summary

Your recent job performance is not meeting Behavioral expectations. Meeting performance standards is a critical component of your job. This document provides specific details about your performance and how you are not meeting expectations. In addition, this document describes the steps you and your manager will take to assist you in improving your performance. As a part of this conversation we are interested in understanding what barriers you think need to be removed, or what improvements can be made which would potentially assist you in improving your performance.

## Communication History

The following is a summary of your behavioral feedback:

| Level | Count | Most Recent |
|---|---|---|
| Documented Coaching | 2 | June 28, 2022, 6:10:19 AM |
| First Written | 2 | December 13, 2022, 7:50:48 AM |

## Details of Current Incident/Specific Concerns

DETAILS OF CURRENT INCIDENT/SPECIFIC CONDITIONS On 2/19/2023 you failed to follow appropriate standard work practices. Specifically, you failed to correctly code AA to their assigned functions. 8 AA were coded into Induct Unload when the shift plan called for 4 AA in this function. This error in coding affected shift TPH by 6 during the first 2 hours of Sort. A seek to understand conversation took place with you on 2/19/2023 to which you stated: I don't know what happened. There must have been a cognitive disfunction. This is a cognitive issue not a cost issue and cannot be held accountable for this issue.

## Areas of Improvement Required by Associate

AREAS OF IMPROVEMENT REQUIRED BY ASSOCIATE As detailed above, you have failed to meet Amazon's Standards of Conduct and behavioral expectations. Amazon expects associates to adhere to standard operating procedures with regards to processing orders in each function within the delivery station. Failure to adhere to standard work guidelines includes, but is not limited to, any action that artificially inflates an individual's rate (i.e. double-scanning, machine-gunning), dishonest behavior or discriminatory work selection that directly or indirectly hinders others' performance (i.e. cherry picking), knowingly causing a virtual/physical mismatch, or circumventing critical steps in a process/PMV. Failure to meet these expectations and/or future violations of these guidelines may result in additional discipline, up to and including termination.

## Associate Comments

I was asked to recognize this ADAPT process is NOT an exception or a accommodation for any kind Standard Process, and I fully agree and will work to maintain more perfect standard for staffing process in general. Pursuing this, I did use some sensitive language above, in the previous discussion on this subject, and all that I can disclose is that I was under some more high-level stress which may have contributed to the oversight. I am a little concerned the ADAPT is postured liberally without regard for the scope of the error, which is stress related, and is difficult to anticipate. Meaning, the ADAPT could be used to define an issue at any point without very constructive discussion. In this instance, I attempted to communicate how this issue was not entirely avoidable and found the L4 was in a posture unable to hear exactly how. This seems to be in line with the policy discussion regarding retraction of a Final Written Warning, that the issue cannot repeat over 30 days. A more complex discussion would have originally framed this issue efficiently.

**Associate Signature:** Acknowledged by Velasquez,Carlos (BadgeID: 11759273)      **Date:** March 15, 2023, 12:36:00 PM

**Manager Signature:** Acknowledged by Leme,Celestia (BadgeID: 12079647)      **Date:** March 15, 2023, 12:36:00 PM