

EXHIBIT 23

Carlos <cfv1983@gmail.com>

## Re: Case 20230303-629980: Closure NotificationClarification Requested [ ref:_00D3t2mKvO._5003t1g95Nc:ref ]

2 messages

**Exact HR** <hr@exact.hr.amazon.dev>                                 Mon, Mar 20, 2023 at 6:55 AM
To: "cfv1983@gmail.com" <cfv1983@gmail.com>

Hello Carlos,

Due to confidentiality reasons, I am not able to share that information. What I can share is that the case was fully investigated and closed.

Thank you,

Jerry Yeung
HR Investigator

-------------- Original Message --------------
**From:** Carlos V [cfv1983@gmail.com]
**Sent:** 3/17/2023, 5:31 PM
**To:** hr@exact.hr.amazon.dev
**Type:** Re: Case 20230303-629980: Closure Notification [ ref:_00D3t2mKvO._5003t1g95Nc:ref ]Clarification Requested

Greetings Mr Yeung,

I have a few follow up questions, if you dont mind.

1. What exactly did you investigate?

1. Did you investigate my wuestions rel. jammcgae?
2. What Amazonian policy level violations did you investigate?
3. Where precisely did you recognize I had violated a company policy?
4. Were you able to delineate between actions taken by an L4 manager, and coercion expressed by an L6 manager?

We discussed a fair bit of material verbally, but I know what I experienced was coercion of false statements in a management report.

The level of hostility I am afraid I will experience  from these managers may well be be beyond the confidence you express.

You need not disclose individual respioses etc. I am not invested in retributive behavior. I am however interested to know what you investigated.

Without stating that, you do damage to an individual wronged by fraud and mismanagement over his/her person.

Moreover these are real allegations and your responses are not substantive to a question interpersonal abuse and disfavor, character assassination, fraud, false statements and misleading statements in a management report.

Thank you for your diligence.

Sincerely,

 -velaca@amazon.com


Sent from my iPhone

> On Mar 17, 2023, at 1:35 PM, Exact HR <hr@exact.hr.amazon.dev> wrote:

> ?

Dear Carlos,

On 2/25/2023, you raised concerns to our team.  Amazon takes concerns of this nature very seriously and has a process in place to investigate.  My role in this process was to be a fair and objective fact finder and to conduct and complete a thorough investigation.  As part of this process, I spoke with relevant parties and reviewed relevant documentation.

I completed a thorough investigation and did not find a violation of Amazon policy or standards of conduct.

As a reminder, Amazon has a policy prohibiting retaliation against anyone who has raised a complaint or who has participated in an investigation. Amazon expects that anyone who participates in an investigation will not engage in any retaliatory behavior – this applies to and has been discussed with all the parties in the investigation.

Thank you again for raising your concerns and for your cooperation.

Thank you,

Jerry Yeung
HR Investigator




ref:_00D3t2mKvO._5003t1g95Nc:ref

---

**Carlos V** <cfv1983@gmail.com>                                                  Mon, Mar 20, 2023 at 1:08 PM
To: Exact HR <hr@exact.hr.amazon.dev>

Thanks again Jerry,

that is very disappointing news. If the associate who could clarify that information could not recall or did not recount those steps I took to ensure her safety and comfort while at work then I can hardly recognize the conversation.

Thenk you for reply.

-cv

Sent from my iPhone

On Mar 20, 2023, at 6:55 AM, Exact HR <hr@exact.hr.amazon.dev> wrote:

Hello Carlos,

[Quoted text hidden]

**EXHIBIT 23**