**EXHIBIT 24**   Carlos <cfv1983@gmail.com>

## Disciplinary Complaint from velaca@amazon.com
3 messages

**Carlos** <cfv1983@gmail.com>                                      Sat, May 6, 2023 at 9:34 AM
To: sargkevi@amazon.com, joshelha@amazon.com, brownklq@amazon.com

Greetings to Human Resources and DUT7 Leadership,

Presented here is a written complaint against several named members of the management team.
It is a lengthy and complicated question demanding critical disciplinary action and expungement of my disciplinary record because we can prove a whole system of communication has been corrupted by intentional mismanagement, and intentional misrepresentation before AMAZON LLC.

I have attempted to complain about this in the past, but the complaints themselves were only intended to broach the issues now presented. I had hoped to avoid actually having to present this complaint because this object has legal ramifications and parameters.

It comes forward now in part because I have enough time and energy to have written it, and also because the previous complaint process did not resolve any of these questions! Moreover, I worry management behavior has become worse since the closures.

This is sent to all HR representatives who were present when I first disclosed an intent to issue, and this is also sent to the site leader, with whom I have discussed this matter more cursorily.

This is sent from off-site via my personal email, is a significant complaint which relates to some specific ADAPTS documents available to Human Resources and Leadership.

Please advise, and please take seriously.

Cheers,
Carlos Velasquez/
velaca@amazon.com
cfv1983@gmail.com
801.671.0361

 **cpl_amzl_velaca.pdf**
344K

---

**Brown, Katy** <brownklq@amazon.com>                              Wed, May 10, 2023 at 4:39 AM
To: Carlos <cfv1983@gmail.com>, "Sargent, Kevin" <sargkevi@amazon.com>, "Shelhamer, Josh" <joshelha@amazon.com>

Carlos,


I appreciate the time you've taken into providing this information. I will be partnering up with our centralized investigations team to investigate all claims presented. They will likely be reaching out in the next few days to conduct a phone interview. If you have any questions or concerns during the process, feel free to reach out.


Best,


**Katy Brown | HR Business Partner II**

Amazon Logistics

🔹 DUT7 – North Salt Lake, UT

📞 (206) 926-7665 ext. 1110605

✉ brownklq@amazon.com



**WORK HARD. ★ HAVE FUN. ★ MAKE HISTORY.**



Employee Resource Center (ERC): 1-(888) 892-7180

Employee Assistance Program (EAP): 1-(855) 435-4333

---

**From:** Carlos <cfv1983@gmail.com>
**Sent:** Saturday, May 6, 2023 9:34 AM
**To:** Sargent, Kevin <sargkevi@amazon.com>; Shelhamer, Josh <joshelha@amazon.com>; Brown, Katy <brownklq@amazon.com>
**Subject:** [EXTERNAL] Disciplinary Complaint from velaca@amazon.com

> **CAUTION**: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

[Quoted text hidden]

---

**Carlos** <cfv1983@gmail.com>                    Thu, May 11, 2023 at 12:16 AM
To: "Brown, Katy" <brownklq@amazon.com>
Cc: "Sargent, Kevin" <sargkevi@amazon.com>, "Shelhamer, Josh" <joshelha@amazon.com>

Thank you for your response.

[Quoted text hidden]