

ISSUE TYPE: UNFAIR EMPLOYMENT PRACTICES

Questions and Comments

Add Follow-Up Notes

Upload Files

Report Details

Print My Report

**EXHIBIT 25**

## REPORT DETAILS

**Report Submission Date**
5/10/2023

**Reported Company/Branch Information**
Location DUT7
City/State/Zip: North Salt Lake, UT, 84054, United States )

**Amazon Site Code**
DUT7

**Please identify the person(s) engaged in this behavior:**
adrian caldera - operations - L6
kerri alger - human resources
HUMAN RESOURCES

**Do you suspect or know that a supervisor or management is involved?**
Yes

**If yes, then who?**
see above

**Is management aware of this problem?**
Yes

**What is the general nature of this matter?**
Intentional Management
False Statements and Representation
Whimsical and Frivolous Representation
Stalking and Harassment

**Where did this incident or violation occur?**
Incidence here is rel. to an internally escalated complaint.

**Please provide the specific or approximate time this incident occurred:**
5/10/23 it was announced after a "Shelter-In-Place" exercise the subject of complaint was being granted a favorable
reccommendation on departure from the company.

The announcement has the potential to render disciplinary expression within Amazon LLC less valuable, and may be part of
a design of Inentional Mismanagement.

This complaint constitutes an express of a change of circumstance.

**How long do you think this problem has been going on?**
More than a year

**How did you become aware of this violation?**
It happened to me

**Please identify any persons who have attempted to conceal this problem and the steps they took to conceal it:**
DUT7 management team including Human Resources managers have been aware of a pending grievance here involving
Intentional Mismanagement since early this year.

I have also previously complained on this subject, and not found clarification.

I spoke with Kevin Sargeant on this subject and he advised he would speak with the team, and I have seen some better
flexibility on their part - however I am not certain 'Intentional Mismanagement' quite reached him.

I spoke with Katy Brown and Josh Shelhammer on the subject, primarily at an instance where I felt I was being bullied at the
team not informing me of major changes which were incoming.

Katy Brown has currently escalated an original complaint, and so this complaint will have to be networked.

**Details**
FOLLOW-UP TO A PENDING COMPLAINT

STATEMENT
My approach to behavioral and disciplinary questions is very much "Live and Let Live", so I complain at this time because I
see behavior which constitutes criminal abuse of authority, and is at least civilly prosecutable, and may be criminally
prosecutable if Amazon LLC is prejudiced.

No Associate should suffer personal liability of frivolous, false, and whimsical disciplinary complaints.

No Leader or Manager should expressly lie to or about his subordinates in a manner to discourage their person and or talents.

NEW ISSUE #1
It has come to my attention an individual who is subject of a serious Intentional Mismanagement Complaint is being offered a reccomendation from Amazon LLC, the individual admitted this in confidence to the team, on terms for for happy departure from the company.

Rel. to a Complaint I have been advised was escalated by site HR, brownklq@amazon.com, and is being actively processed but I have not received any notice; the individual subject (adcald@amazon.com) should not be allowed a reccomendation.

The extent of 'Intentional Mismanagement' is sufficient to constitute 'Stalking' under Utah law, and whether Amazon LLC will file a sufficient legal complaint is a relevant question. (See Note)

That is, the individual has dispositioned numerous very close working relationships, has damaged the integrity of several managers

New incidence arise where the team openly discloses his impending departure.

For example, adcald now exchanges personal contact information with oladavi@amazon.com who is a reliable member of the management team, and may maintain destructive influence thereby while oladavi may be unwitting. (Incidence 5/10/23, this may constitute cause of action at Ut. Code § 76-5-106.5 (4))

For example, adcald may also maintain personal contacts with numerous members of leadership and management, who may be more or less under his most direct influence incl.:
pablavar@amazon.com;
mmwayma@amazon.com;
washanes@amazon.com;


RELIEF
I understand Amazon LLC may not have jurisdiction to govern whether individuals maintain friendly or professional relationships beyond the workplace.

However, adcald is complained against because his behavior is repeatedly wrongful and is intentionally harmful in a manner which may also intend to leave Amazon LLC legally liable for his abuses.

Another team member in a rel. complaint made the same decision, Jonathan Cowan, and was also granted a Reccomendation on his departure.

Both of these actors seek to depart the company in a posture to further harm and humiliate their victim; their personal knowledge of this disposition may have been intuitive, consciable, and a partial or direct cause for their interest to leave.

The company must consider to HOLD its reccomendation pending an investigation. The individual leaves on poor terms.

ISSUE#2
Human Resources manager Kerri Alger is the subject of the complaint as well, her Amazon alias may be mistated on the complaint.

keralger@amazon.com

I attempted to raise this issue late last year, just as Jonathan Cowan was departing.

keralger objected at my complaint that it was not more timely, and then refused to recognize what 'fraud' in such an instance misrepresentation of a behavioral issue could be.

At the time of the discussion she stated, "I don't see any fraud on the Adapt."

I carefully explained a statement was taken out of context for which the author manager, devlen (also terminated for relevant misbehavior), had been a direct cause of the complaint.

At the time I had not realized managers had developed an understated policy of aggressive disfavor here, one they have not been able to advise, and one they have not forgiven in what may be a long standing act of stalking.

keralger's lack of insight compares intentional neglect to further magnify harm, in this instance she may be allowing adcald the opportunity to get away with, and further glamorize, his own criminal mystique.

RELIEF
keralger protects and promotes a destructive management culture.

keralger should be critically disciplined and/or terminated.

No Associate should suffer personal liability of frivolous, false, and whimsical disciplinary complaints.

CONCLUSION
Please review in light of a pending complaint, I am not yet advised.

Sincerely,
s/Carlos Velasquez
velaca@amazon.com
AMZL-DUT7-L3



**EXHIBIT 25**

NOTE:
Harassment and Stalking are both relevant terminologies here. Ut. Code § 76-5-106.5 (2) "An actor commits stalking if the actor intentionally or knowingly (a) engages in conduct directed at a specific individual and knows or should know that the course of conduct would cause a reasonable person: (i) to fear for the individual's own safety or the safety of a third individual; or (ii) to suffer other emotional distress."

Part (4) same section states, "In a prosecution under this section, it is not a defense that the actor: (a) was not given notice that the course of conduct was unwanted; or (b) did not intend to cause the victim fear or other emotional distress."

**Follow-Up Notes**
There are no additional notes for this report.

**Follow-Up Questions/Comments**
There are no questions asked or comments from the organization.

**Chat Transcripts**
There are no chat transcripts for this incident.

 

Privacy Statement | Terms of Use | Cookie Statement | About
© NAVEX Global 2023. All rights reserved.