

**EXHIBIT 26**

Carlos <cfv1983@gmail.com>

## Resources for Living
1 message

**Nally, Amy** <awwashle@amazon.com>                            Fri, Jun 2, 2023 at 4:48 PM
To: "cfv1983@gmail.com" <cfv1983@gmail.com>

Hi Carlos – Thank you for your time today. As promised, here is some additional information on Resources for the Living. Resources for Living is the place to start when you need mental health care or help with everyday life. It's free, confidential, and available 24 hours a day, 7 days a week, to all Amazon employees, their families, and household members.

 **Important:** If you have any thoughts of self-harm or harm to others, contact Resources for Living 24 hours a day, 7 days a week, at 1-833-721-2323, or call the National Suicide Prevention Lifeline at 988.

# Everyday support and mental health resources

## Resources for Living offers

- On-demand support: When you're in crisis or just need to talk, Care Partners are there for you, 24/7, so you never have to go it alone. Each person gets three free counseling sessions - virtual or in person - per issue per year.
- Resources for everyday living: Care Partners will help you find child and elder care, yard helpers, dog walkers, house cleaners, and other personal services (referrals are free; you pay for the services). They'll even schedule free phone consultations for legal or financial matters.
- Self-guided digital mental health support – You also have access to the Twill Therapeutics app and platform, a self-guided digital mental health solution that includes science-backed activities, personalization, coaching, and more. Visit Twill Therapeutics for more information. (Use access code: Amazon)

Get help 24 hours a day, 7 days a week

Go to Resource for Living anytime to:

- Chat live with a Care Partner, or call 1-833-721-2323.
- Get self-paced support through the Twill Therapeutics app. (Use access code: Amazon)
- Register for access to self-assessment tools, a stress resource center, crisis resources, and more.

Amy Nally | Sr HR Manager





## Case 20230511-685473: Closure Notification [ ref:_00D3t2mKvO._5003t1hMMXj:ref ]
2 messages

**Exact HR** <hr@exact.hr.amazon.dev>                    Tue, Jun 13, 2023 at 2:40 PM
To: "cfv1983@gmail.com" <cfv1983@gmail.com>
Cc: "awwashle@amazon.com" <awwashle@amazon.com>

Dear Carlos,

On 5/6/2023, 12:00 PM you raised concerns to our team.  Amazon takes concerns of this nature very seriously and has a process in place to investigate.  My role in this process was to be a fair and objective fact finder and to conduct and complete a thorough investigation.  As part of this process, I spoke with relevant parties and reviewed relevant documentation.

I completed a thorough investigation and did not find a violation of Amazon policy or standards of conduct.

As a reminder, Amazon has a policy prohibiting retaliation against anyone who has raised a complaint or who has participated in an investigation. Amazon expects that anyone who participates in an investigation will not engage in any retaliatory behavior – this applies to and has been discussed with all the parties in the investigation.

Thank you again for raising your concerns and for your cooperation.  If you have any questions now or in the future, please let me know.

Thank you,
Amy Nally

ref:_00D3t2mKvO._5003t1hMMXj:ref

---

**Carlos** <cfv1983@gmail.com>                    Tue, Jun 13, 2023 at 7:44 PM
To: Exact HR <hr@exact.hr.amazon.dev>

Ms Nally,

I have a number of follow-up questions.
These are questions of political conscience in the work place, with team members more or less directly misinforming the company. It took place over a year and a half, and my concern is that Amazon is doing damage control and is not really penetrating the veneer of manager expressions - that is, my real concern is that Human Resources is not really willing to protect the rights of Amazon Associates when it comes to challenging the authoritative word.

Human Resources absolutely has a legal and contractual obligation to maintain not only Amazon's most general work standards, but also to define our work tenets as well.

(1) You have stated boilerplate, Amazon "did not find a violation of Amazon policy or standards of conduct.," but you have not addressed my questions; I asked whether you recognized a terminology for criminal Stalking when a manager lies about, or misleads the company concerning individual conduct. By what means did you resolve that my several named managers did not mislead the company?

(2) I asked the company to expunge a record of my misconducts because I claimed the record could not be grounded in fact. How did you evaluate the factuality of several ADAPTS I referred to in affidavits? Did you read those ADAPTS, were you able to identify those documents? Did you discuss those ADAPTS with managers, and were they forthcoming, and what disagreements
did we have?

(3) I asked Amazon to evaluate terminating managers for maintenance of a false standard of management conduct. How did you respect that complaint, did you review management records of performance? Did you simply discuss the issue, or did you allow the manager to maintain more confidence than my complaint or my question?

It is a matter of legal and civil right, to pre-empt false standards of conduct; the line I drew between favoritism and disfavor leaves a lot of opportunity for the manager to behave cruelly and with abandon - the expressions in these ADAPTS *guided* a culture of misconduct based directly within the expression of disfavor, so that literally every management engagement here relating to Adrian Caldera was corrupted, and this includes all of his direct report managers.

Without being able to answer these questions you cannot provide that you have upheld my contract, and you cannot provide that these questions had any specific standard of review. How does a person aggrieved find resolution to questions in a culture which does not actually answer questions of misconduct?

Please reply as courteously as possible. I have been with company for a number of years, and am politically vulnerable to this abuse. I will not be able to work with my previous team members, and you sided with their opportunity to *force* attrition by destroying my image and reputation. Literally, there is nothing reported here which can have resolved my complaint, or allowed me to find ethical ground to have clarified it.

The response received is simply not sufficient, and is politically inefficient -- there is nothing you have provided which does not respect criminal intent of a long term stalking exercise.

Sincerely,
Carlos Velasquez
velaca@amazon.com
cfv1983@gmail.com
801.671.0361

[Quoted text hidden]



## Follow-Up, Consider to Re-Open your Investigation
1 message

**Carlos** <cfv1983@gmail.com>                                    Thu, Jun 15, 2023 at 9:29 AM
To: "Nally, Amy" <awwashle@amazon.com>

Greetings Ms. Nally,

I feel my question itself falls beneath recognizability, and that it has not really been drawn out.

The Human Resources team MUST consider how *unjustified* the language used in the ADAPT process is, and *then* must evaluate whether *any* authentic disciplinary program was ever in place at the time these ADAPTS issued, to justify an *indefinite* suspension of trust in Velaca.

I am firmly the management team I referred to herein can be discredited of the *order* and *substance* of its claims.

The leading argument here is that the team did not ever do sufficient diligence to maintain their ADAPTS language, and in fact pressed *velaca ad hominem* without developing a great coaching dialogue; they in turn sought to see that negative effect put upon the Associates *velaca* interacted with on a daily basis - their behavior was routine, caustic and avoidant, misleading. Literally every step of their behavior was under a serious disposition after June 2022, and only escalated under Caldera's direction.

Again, I have to state how critically disappointed I am - these teams are smart enough to know how to use and manipulate the Human Resources apparatus in the company; even a partial violation will allow the manager to state whatever he or she wants - to vent - and that is a problem, because some errors are not to the dignity of the individual or the organization, and in this instance there is obviously a broad dignitary objection being *fabricated* into organizational policy - a *false legend* - that is the term I used on the phone to respect how they have treated me.

Without care and concern for the dignity of the associate *under* management practices,DUT7 does not have a high level of ethical credibility, nor has *any* standard of credibility been expressed to *velaca* outside the instant of these dispositions to maintain that the organization is in good faith.

FOLLOWING UP
That is, I provided a partial criminal complaint because I had to advise the management team at DUT7 was conducting *stalking* by misrepresenting my behavior; across several ADAPTS I was literally *portrayed* as "unbecoming" to management authority, and beyond that my Performance Reviews were more or less suffocated.

These images of me took place in confidence to the management team, and I protested at each instance.

I feel like I have to clarify, these are NOT instances where my language needed to be adjusted -- that is not the scope of the ADAPT, and the insinuation operates to *harm* me where the management team really needed to speak me with more constructively about developing a plan. Hindsight, conversely the management team may really have treated this situation as highly extreme without a genuine cause, in attempt to cause extreme aggravation. Their portrayal is a person who is highly unstable.

Resp. Pablavar, an ADAPT you should have read which issued late in 2021 evaluated how I was *unbecoming* to a management position based primarily in a question of whether I was following management instructions; whether his extended absences at the dock were intentional, since he reports on that affidavit 3 repeat instances where I was either being *insubordinate* or generating an *unsafe* work space, that I persisted in a trailer-unloading process in standard work terms primarily because I found there was sufficient 5S space for carts. That is, there was sufficient safe space so that when I did seek to clarify pablavar's request for us to have stopped trailer-unload, he was not available via radio in all three instances. Further, that when I tried to advise him of this information at the ADAPT delivery, even that I gone so far as to clarify with WHS, he refused to hear that and amend the ADAPT. The team then engaged 3 v. 1 beligerently to directly silence me, and even call into question my memory of the events before their corrupt mistreatment. --

Resp. Resp. mmwayma, was she asked WHY she did not immediately discuss a behavioral problem, as to *why* it was not until late in 2022 the management team became OPEN about their reservations against Velaca, as whether it was based in any of the ADAPTS reviewed?

Was she asked if she was *motivated* to terminate Velaca at a freak coding error in Nov.2022 and Feb.2023, as whether that was urged by Adrian Caldera, there are two subsequent *failed* FINAL WRITTEN WARNINGS which issued from those two team members in 2023. The matter compared *irresponsible* use of equipment, and it was an instance of a stress related oversight; we saw a repeat of the instance in the new year.

The Human Resources team MUST have evaluated whether mmwayma and adcald's treatment of *velaca pre-peak* and post-2022 Peak was unjustified; *velaca* had been attempting to raise awareness of false manager claims against him, and the failure of Human Resources to be able to resolve these outside of the confidence of *managers'* false narrative was becoming highly damaging. The associate suffering major transgressions on-site cannot confide in those transgressors - the Human Resources mechanism is NOT serious over protecting the lives and interests of the Associate *before* it has prioritized *confidence* in management; that is unjustifiable.

Did Human Resources review prior *complaints* by velaca, regarding aggressive and improper, and *disinformative* misconduct? Such as an instance wherein Caldera actively manipulated every Standard Work Element as a microaggression against velaca before *booting* from the gatekeep role? This was yet another instance wherein he favored a Process Assistant who expressed *distrust* that an associate would attempt self-harm in order to find accomodation by working too hard in a Full-Route Pick and Stage process? Has the team evaluated whether there is repeated behavior here *designed* to inflict harm to *velaca,* because this dialogue over the standard work processes at Amazon LLC does not engage behavioral corruption?


CLOSING
Instead DUT7 has let my whole career slip through the cracks of their sloppy statements and misrepresentations of incidence; each one of those ADAPTS is literally a transgression. It is an irreparable insult, and it is stalking with the intent to coerce resignation, or even to coerce aggravation of some other kind of crime.

The present disposition compares and magnifies it; the team in its progress to management status, generates a psychological image by which they communicate, and in this instance they have intentionally abused that image to do a lot of harm, and we now experience inappropriate prejudice, like a psychological threat warning us not to ask questions. Or perhaps only warning *me.*

Please re-open your investigation and evaluate your methodology *beyond* the affidavits of managers; they have not found, formed, nor tried to form, *true consensus* (Advocative Theory of Consensus) and they do not behave to demonstrate an *active* plan to eliminate tangible problems which suggests the burdens they generated on *my* performance reviews are *fraudulent.*

A serious team will *terminate* an aggravated, hostile, or unstable individual. One who *does not* make intentional improvements when we can state *confidently* and not merely *instantially* that there was a transgression. They were stringing me along through their socially-engineered abuse, and without expunging those ADAPTS Amazon LLC is *deceived* by complex failures in their disciplinary apparatus.

Sincerely,
Carlos Velasquez
velaca@amazon.com
801.671.0361
cfv1983@gmail.com