



Carlos <cfv1983@gmail.com>

---

# Follow up from 6/2
**3 messages**

---

**Carlos** <cfv1983@gmail.com>                                    Wed, Jun 7, 2023 at 4:27 AM
To: awwashle@amazon.com

Greetings Ms. Nally,

We spoke last weekend on some critical behavior issues, and I have provided here for you a follow-up statement as promised.

The statement goes over a couple of related issues, and also defines a sort of business culture question as to whether or not the site tolerates misconduct in light of competition.

Also, if you would provide a contact point for legal that would be helpful.

Thanks!


s/Carlos Velasquez

velaca@amazon.com

AMZL-DUT7-L3

---

**Nally, Amy** <awwashle@amazon.com>                              Mon, Jun 12, 2023 at 9:59 PM
To: Carlos <cfv1983@gmail.com>

Hi Carlos,


Thanks for the additional follow up.  Here is the contact information for our legal department.


Amazon.com, Inc. c/o Corporation Service Company

300 Deschutes Way, SW Suite 304

Tumwater, WA 98501

Attn: Legal Department



Thanks,

Amy

---

**From:** Carlos <cfv1983@gmail.com>
**Sent:** Wednesday, June 7, 2023 3:28 AM

**To:** Nally, Amy <awwashle@amazon.com>
**Subject:** [EXTERNAL] Follow up from 6/2

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

[Quoted text hidden]

---

**Carlos V** <cfv1983@gmail.com>                                    Tue, Jun 13, 2023 at 6:29 AM
To: "Nally, Amy" <awwashle@amazon.com>

Thanks for the info Amy.

Currently any legal documents will go through me.
At my residential address on file, ot through this email.

Carlos V.
801.671.0361
cfv1983@gmail.com

Sent from my iPhone

On Jun 12, 2023, at 9:59 PM, Nally, Amy <awwashle@amazon.com> wrote:

[Quoted text hidden]