**EXHIBIT 28**    Carlos <cfv1983@gmail.com>

## FW: NOTICE OF LEGAL INTENT - PLEASE REVIEW
1 message

**Velasquez, Carlos** <velaca@amazon.com>                                    Tue, Jul 11, 2023 at 11:29 AM
To: "cfv1983@gmail.com" <cfv1983@gmail.com>

---

**From:** Velasquez, Carlos
**Sent:** Monday, July 10, 2023 12:01 PM
**To:** Alger, Kerri <keralger@amazon.com>; Brown, Katy <brownklq@amazon.com>; Sargent, Kevin <sargkevi@amazon.com>; Soliz, Vicky <vssoliz@amazon.com>; Alvarez, Pablo <pabalvar@amazon.com>; Wayman, Margarita <mwwayma@amazon.com>; Hanks, Dalton <dalhanks@amazon.com>; Henry, Emily <emihenrr@amazon.com>; Walters, Shanese <washanes@amazon.com>
**Subject:** NOTICE OF LEGAL INTENT - PLEASE REVIEW

Greetings to AMAZON.COM LLC at DUT7 from CARLOS VELASQUEZ

Please be apprised of an informal document defined to be a Notice of Legal Intent.

Please review the document at your leisure and reply accordingly.

In the near future you may be subject to service of a complaint or subpoena for information.

Your cooperation will be most respected!

Sincerely,

Carlos Velasquez

velaca@amazon.com

cfv1983@gmail.com

---

 **Legal Notice of Intent_velaca.pdf**
380K

**EXHIBIT
28**

NOTICE OF INTENT TO FILE A CIVIL CLAIM

NOTICE OF INTENT TO FILE A CRIMINAL CLAIM

NOTICE AND REQUEST FOR RESIGNATIONS

EARLY DISCOVERY REQUESTS

POSSIBLE SETTLEMENT TERMS

Carlos Velasquez

velaca@amazon.com

cfv1983@gmail.com

801.671.0361


s/Carlos Velasquez

RESPONDENT STATUS

EXHIBIT

**28**

This document is sent internally via email to the following:

Regional Human Resources (Pioneer) – Kerri Alger – keralger@amazon.com

DUT7 Human Resources – Katy Brown – brownklq@amazon.com

DUT7 Site Leadership – Kevin Sargent – sargkevi@amazon.com

DUT7 L6 Leadership – Vicki Soliz – vssoliz@amazon.com

DUT7 L5 Leadership – Pablo Alvarez – pabalvar@amazon.com

DUT7 L5 Leadership – Margarita Wayman – mwwayma@amazon.com

DUT7 L4 Leadership – Dalton Hanks – dalhanks@amazon.com

DUT7 L4 Leadership – Emily Henry – emihenrr@amazon.com

DUT7 L3 Leadership – Shanese Walters – washanes@amazon.com

If you are receiving this document you may be served civil filings to answer questions; please take the time to reply with a Point of Contact where you can receive mail or email.


This document is also forwarded *by mail* to Amazon LLC Legal:

AMAZON.COM LEGAL DEPARTMENT

ATTN: CIVL AND CRIMINAL MATTERS

ATTN: HUMAN RESOURCES MATTERS

410 TERRY AVE NORTH

SEATTLE WA, 98109

Contents

EXHIBIT

28

NOTICE AND REQUEST FOR RESIGNATIONS............................................................. 1

STATEMENT OF CAUSE ....................................................................................... 3

BREACH OF CONTRACT ....................................................................................... 6

PERSONAL LIABILITY OF SPECIFIC MANAGERS ....................................................... 9

LIABILITY OF AMAZON LLC ................................................................................. 10

REQUEST FOR CONTACT INFORMATION ............................................................... 12

FIRST DISCOVERY REQUEST ................................................................................ 13

SECOND DISCOVERY REQUEST ........................................................................... 14

THIRD DISCOVERY REQUEST............................................................................... 15

FOURTH DISCOVERY REQUEST ........................................................................... 16

FIFTH DISCOVERY REQUEST................................................................................ 17

POTENTIAL CONDITIONS OF SETTLEMENT OF THESE CLAIMS ............................... 18

NOTICE AND REQUEST FOR RESIGNATIONS

We have a MAJOR disagreement concerning this L3 Associate Carlos Velasquez, (velaca@amazon.com); the leadership team at Amazon DUT7 is hereby given notice and this document may constitute an Open Request for their Resignations.

**Kerri Alger; Pablo Alvarez; Margarita Wayman; Shanese Walters**

Additionally, Velaca sought through Human Resources action to expunge a false and unverifiable record of misconduct. The Human Resources team has refused to see the reasonability of this course of action, and perhaps site leadership will attempt

to demand that Human Resources may purge or expunge unverifiable claims which have been used to suppress and oppress, and false separate, Velaca from the usual course of his duties.

The rule of defamation claims generally is to prove false statements, or to prove false intent, while the rule of Fraud is to prove intent to mislead, and in business to do such to another individual may also be a form of Stalking and Harassment.

Be advised, this is not a legal complaint; this is notice of Legal Intent, and neither constitutes the full extent of the complaint, nor makes final claims of any person's legal liability; this document does however provoke the real knowledge of misconduct and the honor of on-site associates and leadership who persist at Amazon LLC knowing they have committed extreme violations of its behavioral and disciplinary policy, their successful and extended attempt to do most serious harm to Carlos Velasquez, and their capacity to do serious harm to any associate.

EXHIBIT
28

STATEMENT OF CAUSE

These statements relate ADAPTS records in the company's keeping which are *open* to managers and Human Resources.

Starting late in 2021 **Pablo Alvarez**, **Johnathan Cowan**, and **Adrian Caldera** engaged in a conspiracy to issue *false statement* respecting Velaca conduct in written disciplinary forms, in the course of that conduct the trio refused to hear facts about the incidence which would have adjusted their reporting.

In coercing false statements, they generated a social precedence for another Manager, **Devlen Bridges**, who under coercion from **Adrian Caldera**, and **Johnathan Cowan** issued yet another false and misleading discussion of Velaca's conduct. At delivery they refused to hear facts and discussion which would have adjusted or pre-empted the issue.

After **Devlen Bridges'** termination, **Margarita Wayman** was either improperly influenced by those ADAPTS, and later directly influenced by **Adrian Caldera** to build a false standard which arrested competent reporting and discussion of Velaca' performance.

**Adrian Caldera** and **Margarita Wayman** kept secret their disciplinary reservations against velaca from the time when **Margarita Wayman** took a promotion to Level 4, until around September-October 2022 when **Adrian Caldera** demanded that velaca, who continued to insist the statements were false, communicate with Level 1 associates who may or may not have had something to say about velaca's performance as a Process Assistant.

**Margarita Wayman** in March 2023 revealed to velaca that she continued to hold the same disregard for velaca's objections, and made the same demand of him to speak to Level 1 associates for suggestions.

We allege **Adrian Caldera** was in close communication with associates who were interested to gain a promotion, who had perhaps closed and even unprofessional conversations with those associates about velaca, that both **Margarita Wayman** and **Adrian Caldera** were attempting to send a message to encourage those associates at furtherance of their conspiracy endeavor.

They attempted to compel Velaca in an attempt to humiliate him, and further to glamorize the intentional misconducts of **Pablo Alvarez** and **Devlen Bridges**, an

attempt to affirm and cement *false consensus* as rule of social and political authority.

**Shanese Walters** was a knowing and willing accomplice to their criminal conspiracy, stands to be directly and wrongfully enriched by it, and participated in numerous minute schemes to aggravate the disposition which **Adrian Caldera** primarily spearheaded in secret. **Shanese Walters** does not filter misconduct, does not report even plausible misconduct if she stands to benefit, and is a willing beneficiary to complex criminal misconduct.

**Kerri Alger** is a Senior Regional Human Resources manager in the Pioneer Region, with responsibility for care over the conduct and well-being of Amazon Associates; she received an explicit complaint and failed to resolve the principle questions in the complaint in a manner (a) timely to discipline and punish wrong action by those persons named; (b) capable to resolve the political impact of their false and unproven dispositions.

That is, she treated an allegation of Fraud and Harassment as incompatible with reviewing disciplinary reports against managers, failing to recognize HOW Fraud might work when concerning false disciplinary statements, failing to respect the scope of intentional misconduct and, like those Managers, seeks even now to have intentionally misled Amazon LLC about velaca's conduct.

**Kerri Alger** apparently saw an opportunity to aggressively and even fatally disadvantage velaca in terms of on-site standing, and enabled a series of partially documented harassments by **Margarita Wayman** and **Adrian Caldera** at the beginning of 2023 which were apparently motivated of their knowing misconducts.

**Kerri Alger's** failure at intervention granted high-level corporate *consent* to whatever the management team's tacit scheme was, opting primarily to confidence the authority of the written management statement and aiding their scheme of self-aggrandizement.

Velaca's complaint to **Kerri Alger**, and a subsequent complaint *against* **Kerri Alger** for failure to review was addressed by **Jerry Yeung**, were pending from late summer 2022 into the first weeks of the New Year 2023.

During that time **Margarita Wayman, Adrian Caldera,** and **Shanese Walters** retaliated against velaca for the complaints he had issued against the two Managers

EXHIBIT
28

between September and January by (a) withholding crucial information about the team strategy for onboarding **Emily Henry** and conducting aggressive favoritism against velaca; (b) failing to set reasonable standards and goals regarding performance reviews incl. demanding velaca seek out L1 associate input into his performance; (c) failing to support velaca while he was under extreme duress rel. to those complaints, and relating to other matters which were a source of high anxiety, incl. at least two attempts to issue final written warnings which were unwarranted and based in their false precedences for disciplinary standards.

The plot engaged by **Adrian Caldera** and **Margarita Wayman** was to elaborate their own *conflicts of interest* into causes for termination; principally velaca can substantiate the disciplinary ADAPTS issued were directly related to stress and anxiety of a work environment made toxic by Human Resources inaction and bad Management practices.

**Margarita Wayman** failed to conduct in-dept STU's on a subject rel. to inordinate job stress, and failed to admit or disclose her own biases regarding velaca, and failed to build a constructive dialogue which would pre-empt stress related issues; the Leadership team therein sought to exaggerate harm of undue stress and retaliated against velaca repeatedly until **Adrian Caldera's** departure from the company.

In failing build appropriate limits, **Margarita Wayman** fell under **Adrian Caldera**'s corrupt influence, the same as **Devlen Bridges** and **Pablo Alvarez**, each of whom had refused to admit false statements and errors in their disciplinary reports, and subsequently generated a permanent *state of separation* against velaca which was both harmful and wrongful.

THEREFORE, those managers and site leaders boldly conspired against, and stalked Carlos Velasquez in an attempt to coerce resignation at the expense of the credibility of AMAZON LLC, the biases of its Human Resources agency, and *exploited* gullibility and impressionability of those Associates who were either misled, or made complicit in their personal quests for attention and promotion.

IT IS REASONABLE TO REQUEST RESIGNATION of those managers and leaders who are *knowing* conspiracy because their BUSINESS ETHICS are questionable, and they have actively wrongfully discredited Carlos Velasquez by disrupting his high-quality of work, and disinforming him of their needs, and maintaining a criminal business culture.

BREACH OF CONTRACT

Amazon Human Resources lacks the necessary transparency to mitigate Criminal Harassment and Stalking[1] at the scale of contemptuous disfavor, criminal defamation, and fraud in business statements.

There is literally no inherent mechanism to prevent abusive management practices, and the simplicity with which Human Resources renders an opaque disciplinary discourse undermines the inherent confidence of true and conscionable disciplinary questions, so that a reasonable associate encountering a criminal behavioral plot cannot take confidence that the effects of that plot, such as false statements in ADAPTS, will be pre-empted, or even reasonably discussed.

Statements issued by **Pablo Alvarez** were made while a team of three managers aggressively overrode the factual account of incidence presented by velaca which sought to strategically exclude the manager's absence from the account as directly contributory, and [2] further exclude relevant information reg. velaca's discretion in that instance. Instead, they were motivated by an internal complaint that velaca had missed taking lunch breaks and used that precedence to build a false and compound statement of insubordination. The management was never careful velaca's conduct rel. to his lunch breaks.

That incidence was coerced and reported by all but the very highest levels of site leadership, and the experience created a social gateway for **Devlen Bridges** who was the direct report manager for velaca to later issue similar false statements in

---

[1] Ut. Code § 76-5-106.5 (2) "An actor commits stalking if the actor intentionally or knowingly (a) engages in conducted directed at a specific individual and knows or should know that the course of conduct would cause a reasonable person; (i) to fear for the individual's own safety or the safety of a third individual; or (b) to suffer other emotional distress.

Part (4), "In a prosecution under this section, it is not a defense that the actor: (a) was not given notice that the course of conduct was unwanted; or (b) did not intend to cause the victim fear or other emotional distress."

[2] This ADAPT referred has since deprecated and cannot be easily requested from on-site Human Resources. A copy of the document is requested on this packet.

EXHIBIT

28

an ADAPT report which went on to generate a culture in Breach of Confidence against velaca.

The defining characteristic of these ADAPTS were characterizations and depictions of velaca's conduct inherent which were irrequisite to any kind of disciplinary discussion; that is, they served as a tacit promise to demote and harass velaca and did not serve constructive coaching question.

In tandem with the facts of disciplinary complaint being out of order, the statements inherent were unfounded and used to generate continuous suppression of Carlos Velasquez real character and performance.

The disciplinary evaluation process engaged *guarantees* that Amazon LLC tenets are substantive, interpretable, flexible, and high functioning and holds that Harassment and even low level Social Engineering (wherein false information becomes centralized to mislead others in order to damage the character or reputation of an individual) and otherwise interprets radical deviations from solid Business Ethics to be points of discretionary termination.

In literally every reported instance the Management Team failed to tell the truth, and failed to do diligence; that is, every disciplinary record Velaca has was subjective action of fraud and stalking, and supported by Human Resources agents more prejudiced to close the case.

This included a tacit *freeze* on constructive Progress Reports;

This includes knowing false attempts at termination, and failure to do diligence;

This includes granting favorable recommendations for Managers who were the subject of these very serious complaints;

This includes unreasonable treatment of disciplinary complaints;

This includes validation of frivolous complaints;

Amazon LLC holds out a capricious contract terminology which limits the forum and nature of individual engagement as 'Associates,' the elements which underpin this contract are a Business Need terminology which places certain narrow and mandatory demands on individual employees including attendance, comportment, and compliance with disciplinary terms.

The Human Resources agency lacked the instruction to limit statements of dignitary form where unwarranted, so that false and misleading statements were allowed into a disciplinary dialogue repeatedly with a subtle quality of *force majeur* intent to override more interested scrutiny and to damage the tangible confidence of the victim.

Literally, most of these complaints of irrational and hostile behavior would have been mitigated with better dignitary standards for disciplinary review; conditions beyond *repeat* actions, such as:

(1) Disciplinary Plans, not sketchy deliveries;
(2) Screening of *ad hominem* terms unless very clearly defined;
(3) Definite Seek-to-Understand discussions with a full-breadth of real interest, not pseudo-legal citations;

Essentially, on-site Human Resources and later off-site Human Resources were allowed to collude and conspire with Direct-Report Managers to allow them to bypass actual consideration of the stuff written in the report, whether it was actually constructive to policy and behavior.

These disciplinary discussions and deliveries were essentially bullying sessions where two to three managers improperly filtered information, conducted political separation without disclosure or real terms, and otherwise proved they were hostile to the development of the associate.

The team fails to become diverse in having conducted stalking and harassment against Carlos Velasquez, and fails to appreciate actual Amazon LLC standards, Have Backbone, Disagree and Commit,[3] is in their shadow a policy to Disagree Without Listening.

They fail to maintain Business Needs and are in Breach of Contract terms for Managers at Amazon LLC who are charged with the very same standards as their subordinates; the team provokes their personal liability, and also provokes the liability of Amazon LLC.

---

[3] This was posted as Velaca's tenet in the hallway at DUT7.

**EXHIBIT 28**

Amazon Leadership is not always encouraged to keep strict records of disciplinary questions and considerations, that is the fear of retaliation is used to sensitize the corporate construction of behavioral policy *toward* work and *away* from litigation of *any* kind.

The individual has personal liability for Criminal Misconduct anywhere his or her statements submitted to the company, or held in secret, were used to actively do or plan harm.

The individual personal liability for Civil Misconduct at any time he or she chose to make false statements or unfounded statements may have been more or less related to ongoing Stalking and Harassment.

Anytime a reasonable actor in the same circumstance would have made a critically different choice, we can begin to demonstrate the personal liability of the individual Corporate Officer.

We can demonstrate the Management Team in engaging stalking, fraud, and harassment has to some extent *litigated* wrongful terms within the scope of its implicit and corrupt rationale for issue; that is, they actively use a litigious *abuse of discretion* standard which compares *legal* and *civil* than *disciplinary* forum, and they feel *falsely* entitled to say *anything* without respect for the damage unprincipled statements do to Coaching and Disciplinary conditions.

Managers can literally bully associates out of the worksite simply by not listening to their needs, and when that process accompanies hard-boiled lies and half-truths about disciplinary conditions, the nature of the Business Needs contract becomes vague indeed so that all we have to do is prove the manager's conduct was (a) *not defined*, and (b) was *misleading*.

Literally every single ADAPT since the late part of 2021 against Velaca has been a politically motivated assault which Human Resources genuflected and enhanced.

In failing to build constructive discourse, the team was persistent and active in a prolonged narrative disseminating false ideas about velaca's conduct to other members of the leadership team, and to associates who were vulnerable to their authority.

Unnecessary and insubstantial statements may be defamatory; and they may have been used to communicate with other team members *who* the team dislikes, or disfavors, or is willing to harm.

A system biased for OPACITY cannot clarify the conscience of people wronged, Amazon's use and maintenance of proscription against *retaliation* in the work place begins to include forms of legal remedy, and so AMAZON LLC in failing to maintain true disciplinary screening at things such as disciplinary records which are shared may be in BREACH OF CONTRACT perpetually.

The reality is the Management Team has been on 1 ½ year campaign of retaliation against Velaca for their own failures at diligence, and Amazon LLC Human Resources *does not filter* the kind and quality of statements made once the Manager and Human Resources team decide there is some factual consensus.

The leadership in 2021 knew this fact of the business, and proceeded to violate what amount to Due Process rights for workers within a working organization.

**Johnathan Cowan** was a site leader and may have colluded/conspired with **Adrian Caldera** multiple times to suppress and harm velaca; when a complaint went against **Pablo Alvarez** he improperly *deflected* the issue and generated a perpetual confrontation which **Adrian Caldera** was inspired by, and could not be diverted for about a year and a half.

The DUT7 site leadership exploits labor in this way, and they lie to one another in order to maintain the appearance of good standing and credibility, in order to psyche themselves up while they are engaged in harming their peer, and in misrepresenting the intent and the orientation of the organization.

We can hereon begin to prove AMAZON LLC does not have truth-telling in reporting procedures in place, and does not have fact-construction procedures in place when issuing disciplinary reports – the DUT7 Team breached confidence egregiously to do intentional harm to velaca, and enrich those person willing to engage in the same kind of dialogue themselves.

2.

EXHIBIT

**28**

Human Resources agency at Amazon LLC has failed to state any reason it will not have already made a Criminal Report of Management stalking within its facility, this communicates that the organization prefers them on a loose disciplinary leash out of an Earn Trust[4] work ethic.

In tandem, the Human Resources team has not been able to carry a reasonable argument for/against expungement of the disciplinary record, even while it has not recognized a lack of factuality in those reports, this shows again they utilize a litigious logic and not the quality of reasoning required to Insist on the Highest Standards.

There was action due as long ago as September 2022, and **Kerri Alger** and subsequent Human Resources agents failed to respect the seriousness of the claim, a year and a half of a management stalking the Process Assistant to compel him to resign for the harm they did.

Additionally they allowed some of those individual to take favorable recommendations when they left the company, it seems likely to this party that they left because they knew complaint was imminent.

Even now the Leadership Team improperly manipulates this discussion out of contempt for AMAZON LLC, contempt for associates and workers everywhere.

---

[4] Earn Trust is an Amazon tenet.

REQUEST FOR CONTACT INFORMATION

Amazon LLC is hereby requested provide a Point of Contact for legal Service of Process, the following individuals:

**Possible Defendants**

Kerri Alger

Pablo Alvarez

Adrian Caldera

Johnathan Cowan

Margarita Wayman

Shanese Walters

Devlen Bridges

**Possible Interrogatory Requests**

Hayley Barker

Katy Brown

Celestia Browning/Leme

Dalton Hanks

Emily Henry

Paul Kondrat

Amy Nally (Human Resources off-site)

)

Louis Peters

Kevin Sargeant

Vicky Soliz

Tyson Trevino

Eric Turner

Jerry Yeung (Human Resources off-site

EXHIBIT

**28**

FIRST DISCOVERY REQUEST

These requests are made in good faith to aid discussion, conferencing, and trial if necessary.

RECORDS SOUGHT

Comprehensive Disciplinary and Performance records from the following managers, including records over Shanese Walters and Carlos Velasquez.

REASON

Fraud and Intentional Mismanagement are alleged; it is possible review of the relevant records will show imbalanced performance reviews, favoritism, conditions of diligence, failures of diligence.

**Pablo Alvarez**

**Adrian Caldera**

**Devlen Bridges**

**Margarita Wayman**

These requests are made in good faith to aid discussion, conferencing, and trial if necessary.

## RECORDS SOUGHT

Amazon LLC does hold a propriety chat app called "Chime," and comprehensive records communications between the Management Team are requested.

Records sought are those related to communications about Performance and Disciplinary questions rel. to Carlos Velasquez (velaca) and also to Shanese Walters, who worked directly beside and under the Management team led by Adrian Caldera.

## REASON

Records are sought to review the extent and quality of communication on the disciplinary and performance review related subjects, records are sought in timing with records of ADAPTS which are complained to hold unsubstantiated, and false statements.

**Pablo Alvarez** (November 2021-January 2022)

**Adrian Caldera** (November 2021-January 2022; May 2022-August 2022; December 2022-May 2023)

**Devlen Bridges** (May 2022-August 2022)

**Margarita Wayman** (November 2022-May 2023)

EXHIBIT
28

THIRD DISCOVERY REQUEST

These requests are made in good faith to aid discussion, conferencing, and trial if necessary.

RECORDS SOUGHT

Additionally, Records from Human Resources discussion are sought precisely to answer of what actual diligence Amazon Human Resources agency did with respect to complaints by velaca.

REASON

The leading claim here is that the Human Resources agency in fact did not do sufficient diligence to maintain Amazon's tenets, or its code of conduct; that is, there is concern the Human Resources team disqualifies complaints capriciously or on minor contradictions.

Review of these records will clarify diligence done, and aid to resolve the dispute herein.

**Kerri Alger**

**Katy Brown**

**Johnathan Cowan**

**Amy Nally**

**Jerry Yeung**

## FOURTH DISCOVERY REQUEST

These requests are made in good faith to aid discussion, conferencing, and trial if necessary.

## RECORDS SOUGHT

Two *Final Written* warnings were deprecated for cause against Velaca, and so they do not appear on the same record which Human Resources has regular access to.

Any and all deprecated, or voided disciplinary complaints which may constitute evidence of intent to commit Stalking/Harassment and Wrongful Termination are necessary.

## REASON

These attempts at disciplinary mark a point of escalation in the strategy to coerce resignation, or have fired velaca. The motives are plausibly wide-ranging, but we generally recognize the Management Team felt vindicated by Human Resources deference and sought to further their knowing and wrongful prejudices.

The documents were also directly *retaliatory*, and constitute a point a direct *separation* between the Management Team and Velaca, a point which they failed to make to the discrimination of the organization, and which Human Resources did not investigate sua sponte at the appearance of misconduct.

EXHIBIT
28

FIFTH DISCOVERY REQUEST

These requests are made in good faith to aid discussion, conferencing, and trial if necessary.

RECORDS SOUGHT

The ADAPT created by **Pablo Alvarez** was made with input from **Eric Turner** and **Louis Peters** and was improperly influenced by **Johnathan Cowan** and **Adrian Caldera**, is alleged to misstate the incidence so boldly as to wrongfully call into question the credibility of Velaca, Carlos Velasquez.

REASON

The document has been deprecated from general review by managers, but it is the document which marks intentional mismanagement, false statements, and stalking and harrassment.

The document issued late in 2021.

POTENTIAL CONDITIONS OF SETTLEMENT OF THESE CLAIMS

1. TERMINATION/RESIGNATION of those parties named at the start of this document; any willing admission by those parties in light of this document will limit the necessary cause of action whether criminal or civil.

2. DISCLOSURE AND EXPUNGEMENT OF RECORD may limit cause at civil injunction, with the inclusion of a Public statement recognizing the misconducts or plausible misconducts, in apology.

3. Carlos Velasquez, Velaca, is wrongfully deprived of standing, and cannot work under conditions where a false record pursues him, and where a Management Team is a constant and knowing criminal and civil violation, corporate divestment, against the dignity of work, and therefore AMAZON LLC may offer monetary settlement.

4. Carlos Velasquez, velaca, is wrongfully deprived of standing, and cannot promote within a company where he has worked dutifully and critically for five years while a false record is advertent over his incompetence, a letter of recommendation is due.

5. The Human Resources agency in Amazon.com LLC must disclose the depth of its reporting procedures related to velaca's numerous complaints; that is, they must disclose WHAT questions were asked, and HOW they reached their conclusions BECAUSE this was instance where the conviction of Associate is totally definite, so that Human Resources continuously bears the appearance of having engaged conspiracy and collusion; it is unprofessional for Amazon.com LLC to filter complaints for things like competence, or to favor manager discretion.

6. AMAZON LLC may have an obligation to its entire associate base to monitor its disciplinary records more wholesomely. The Human Resources agency can operate completely flippantly, and the Operations Management forum does not have strict reporting standards in terms of facts-based reporting; either the team was misusing the AMAZON LLC disciplinary for and/or the corporate

mechanism simply does not have strong enough rules to bear associate confidence.

EXHIBIT
28