**EXHIBIT 29**                    Carlos <cfv1983@gmail.com>

## Your leave details and decision - Carlos Velasquez, Employee ID: 103957754, Case 06211350

1 message

| | |
|---|---|
| **amazondls@dali-leave-disability.services.hr.a2z.com** <amazondls@dali-leave-disability.services.hr.a2z.com> | Mon, Jul 3, 2023 at 11:13 AM |

Hi Carlos Velasquez,

Your leave request was approved. Please see below for details.

**Leave details**

Your request for a Personal Leave of Absence from **06-11-2023** to **07-25-2023** is **approved**.

**Pay during your leave**

**Please know that your leave is unpaid.** You can apply any accrued and available Sick, Personal, Floating Holiday, and/or Vacation time to your unpaid absences through My HR. Use of any paid time off does not extend your leave but allows you to receive pay for some or all of your leave.

**Next steps**

Based on the information you provided, you plan to return to work on **07-26-2023**.

If you need to extend your leave beyond **07-11-2023**, please contact us or submit a request through My HR.

View the following documents to find answers to frequently asked questions, and learn more about your rights and benefits. You can access these links at any time off or on the Amazon network.

Benefits During Leave of Absence Guide

Resources for Living

Amazon offers free, confidential support through the Resources for Living (RFL) program. RFL is available 24 hours a day, 7 days a week to you, your family, and all members of your household. Call a Care Partner at 1-833-721-2323, or register online at ResourcesForLiving.com/Amazon.

If you need help, My HR is the best way to speak to a live support advisor, make a new request, find status information, and upload documents. If you are unable to access My HR, call us Monday to Friday at 1-888-892-7180, option 1.

Thank you,
Amazon DLS

 **amazon** | disability & leave services

**Important**: *Amazon may require documentation related to this request. You may be asked to provide this documentation before or after you begin your leave. Providing false or misleading information or documentation violates the Amazon Standards of Conduct.*