Acknowledged by cfv1983@gmail.com (Carlos Velasquez on 10/20/2018 10:19:47 PM)

amazon

EXHIBIT
31

## WORKPLACE HARASSMENT & EQUAL EMPLOYMENT OPPORTUNITY POLICY ACKNOWLEDGMENT FORM

**By clicking "Acknowledge" above, I acknowledge that I have access to a copy of the Workplace Harassment & Equal Employment Opportunity Policy through MyDocs and that I am responsible for reading, understanding, and complying with both policies.**

**By clicking "Acknowledge" above, I also understand the following:**

- I understand that Amazon is an equal opportunity affirmative action employer, and that discrimination or harassment against any employee or applicant for employment on the basis of race, religion, creed, color, national origin, citizenship, marital status, sex, age, sexual orientation, gender identity, veteran status, political ideology, ancestry, the presence of any physical, sensory, or mental disabilities, or other legally protected status will not be tolerated. This policy pertains to all personnel-related activities, including selection, hiring, benefits, work schedules, promotions, demotions, transfers, recruiting, advertising, reductions-in-force, terminations, and all forms of compensation and training. A strong commitment by each employee is necessary to ensure equal employment opportunity for all.
- I understand that if I have any concerns that I am being subjected to any form of discrimination, harassment or retaliation in violation of Amazon's policies, I should immediately bring this to the attention of a human resources representative, my supervisor, any other manager, the Legal Department, or I should call Amazon's Ethics Line through which I can raise an anonymous complaint at any time.
- I understand that I am required to complete training in the first two months of my employment on the Workplace Harassment policy as a condition of my continued employment.

**I understand that I can raise questions or concerns with my manager, human resources representative, or the Employee Resource Center.**

*Last Updated December 27, 2013*