**Gmail**

EXHIBIT 33

Carlos <cfv1983@gmail.com>

## ATA Application Reminder: Complete Prerequisite Courses 1-4 Now / Technical Assessment due June 22

1 message

**ata-notifications** <ata-notifications@amazon.com>    Tue, May 10, 2022 at 5:38 PM
To: "cfv1983@gmail.com" <cfv1983@gmail.com>

Hi Carlos,

Amazon Technical Academy (ATA) is checking in with reminders for your August 2022 Cohort application:

1. To prepare for the Technical Assessment, ATA strongly encourages applicants to complete the optional 12-week **Prerequisite Courses 1-4**. Links to all prerequisite courses are available here: https://amazontechnicalacademy.com/employee/prereqs. *Prereq courses are free. Courses 1-3 are offered on Coursera; select the 'Audit the course' option to access course content at no charge.*

2. The Technical Assessment must be completed by **June 22, 2022 at 9:00am PT**. There are no exceptions to this deadline. You previously received an email from HackerRank with instructions on taking the assessment. *If you've already completed the Technical Assessment, please disregard this item.*

3. To be eligible to apply to ATA, you must be in good performance standing at the time admissions decisions are made. If you have questions about your performance standing, please speak with your manager or local HR.

ATA's application process is selective, and admission is not guaranteed to all that apply. If you'd like to withdraw your application, you can do so at any time on the ATA Application Portal: https://apply.amazontechnicalacademy.com

If you have questions about the application process, many answers can be found on the ATA website: https://amazontechnicalacademy.com. If your question is not addressed there, please email ata-contact-us@amazon.com.

Best,
Amazon Technical Academy

                                                          Carlos <cfv1983@gmail.com>

## FW: ATA Application Follow-Up

1 message

**Velasquez, Carlos** <velaca@amazon.com>                              Mon, Jul 10, 2023 at 11:29 AM
To: "cfv1983@gmail.com" <cfv1983@gmail.com>

---

**From:** noreply@salesforce.com <noreply@salesforce.com> **On Behalf Of** ATA-Contact-Us
**Sent:** Tuesday, July 26, 2022 2:40 PM
**To:** Velasquez, Carlos <velaca@amazon.com>
**Subject:** RE: ATA Application Follow-Up

Hi Carlos,

Thanks for contacting Amazon Technical Academy (ATA). We release admissions decisions on July 6, 2022. Please see the details below:

**From:** noreply@salesforce.com <noreply@salesforce.com> **On Behalf Of** ATA
**Sent:** Wednesday, July 6, 2022 11:25 AM
**To:** cfv1983@gmail.com
**Subject:** Application Status Update for Amazon Technical Academy



Hi Carlos,

Thank you for applying to Amazon Technical Academy (ATA). After careful review of applications, we are unable to offer you admission to ATA's 2022 August Cohort.

Information about ATA's future cohorts planned for 2023 will be announced later this year on ATA's website amazontechnicalacademy.com (please copy/paste the URL to your web browser). We encourage you to apply again then. If you reapply, we recommend that you spend additional time working through the prerequisite courses in preparation for the Technical Assessment. ATA is unable to share individual test results from your application.

Amazon also offers other upskilling opportunities for employees. Learn about more education and career development programs by visiting Upskilling 2025 (https://www.aboutamazon.com/workplace/upskilling-commitments).

We understand that you dedicated significant time and effort in your application and thank you for your interest in ATA. We wish you all the best in your career endeavors.

Thank you,
Amazon Technical Academy

--------------- Original Message ---------------
From: Velasquez, Carlos [velaca@amazon.com]
Sent: 7/25/2022 10:14 PM
To: ata-contact-us@amazon.com
Subject: ATA Application Follow-Up

Greetings ATA,

I am an applicant for the August 2022 Cohort.
I have not received word on any decision reg. my application.
Any update will be appreciated.

Thank you.


Sincerely,
Carlos Velasquez
velaca@amazon.com<mailto:velaca@amazon.com>
cfv1983@gmail.com<mailto:cfv1983@gmail.com>
801.671.0361